SHAWN KHORRAMI, SBN 180411
skhorrami@khorrami.com
KHORRAMI LLP
444 South Flower Street, 33rd Floor
Los Angeles CA 90071
(213) 596-6000
(213) 596-6010 (fax)

*(L.R. 83-2.3 admission to be sought)*
DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
THOMAS E. SOULE (Ill. 6281239)
tsoule@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)
*Attorneys for plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER HOLT, individually and on behalf of all others similarly situated | No. SACV13-0041 DOC(JPRx) |
| Plaintiff, | CLASS ACTION COMPLAINT FOR – |
| v. | 1. Violation of implied warranties |
| GLOBALINX PET LLC and GLOBALINX CORPORATION (both doing business as Kingdom Pets), and DOES 1-10, | 2. Violation of express warranties<br>3. Common law fraud<br>4. Unjust enrichment<br>5. Negligence<br>6. Strict products liability (defect)<br>7. Strict products liability (failure to warn) |
| Defendants. | (Fed.R.Civ.P. 23(a) and 23(b)(3)) |
| | Demand for Jury Trial |

1.     This is a class action brought by plaintiff, on behalf of all

consumers who purchased certain dog treats manufactured, marketed,

distributed or sold by defendants.   The dog treats were unsafe, were defective,

were dangerous, were culpably misrepresented as safe and healthy, and did not

conform to applicable implied and express warranties.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction, under 28 U.S.C. §1332(d).  The amount in controversy exceeds $5 million, exclusive of interest and costs. Plaintiff and class members are of diverse citizenship to each other (as they reside in Texas and in other states), and are of diverse citizenship to the defendants.  There are over 100 class members.

3     Personal jurisdiction over defendants is proper.  Defendants do business in California.

4.     Venue in this district is proper for the same reasons.

## PARTIES

5.     Plaintiff Jennifer Holt is an individual who resides in Texas.

6.     Defendant Globalinx Pet LLC is a Delaware limited liability company with its place of business at 1600 Dove Street, Suite 110, Newport Beach, California 92660.  It does business in Texas.  Its registered agent and office is Robin S. Bentler, 2001 Wilshire Blvd., Suite 505, Santa Monica, California 90403.

7.     Defendant Globalinx Corporation is a California corporation with its place of business at 1600 Dove Street, Suite 110, Newport Beach, California 92660.  It does business in Texas.  Its registered agent and office is Victor Wu, 10161 Bolsa Avenue, Suite 204C, Westminster, California 92683.

8.     Globalinx Pet LLC, and Globalinx Corporation, are operated in concert and engaged in the business of manufacturing, producing, marketing, distributing, advertising or selling dog treats, under the name of Kingdom Pets.

9.     Does 1-10 are other entities involved in the manufacture, sale, distribution and marketing of the dog treats.

## FACTS

10.     Globalinx Pet LLC and Globalinx Corporation manufactured pet treats which were deleterious to the health of dogs.  Many

Class Action Complaint

dogs fell ill, or died, from diseases occurring after treats containing chicken jerky manufactured in China were consumed. The illnesses suffered by pets consuming these treats are similar, across all of them. Notwithstanding its knowledge of a problem with these pet treats, and in the face of warnings and investigations by the U.S. Food and Drug Administration ("FDA") and others, Globalinx Pet LLC and Globalinx Corporation offered these treats for sale as being safe for consumption, and explicitly told consumers, falsely, that the product was wholesome. They are liable to plaintiff, and to consumers nationwide, for the effect these treats had on dogs, and for falsely marketing them.

11.    Defendants' failure to disclose health concerns relating to chicken jerky dog treats, and the affirmative statements to the contrary which put the product in a favorable light, notwithstanding knowledge of serious questions as to the product's wholesomeness, were fraudulent.

*In general*

12.    Globalinx Pet LLC and Globalinx Corporation, manufactured dog treats made, in whole or in part, of chicken jerky.

13.    The packaging of the defendants' dog treats is represented by Exhibit A. This packaging stated, among other things, that it contained "premium dog treats" made from "100% Natural Ingredients" that were "delicious" and had a "taste dogs love." The packaging also said that "we are confident that Kingdom Pets Treats will be the best tasting treat your dog has ever had."

14.    The representations made on Exhibit A advise the consumer that the product is safe to feed to dogs.

15.    Defendants' representations on Exhibit A, and elsewhere, as to the suitability of feeding its products to dogs were false.

16.    The products containing chicken jerky that were sold under

Class Action Complaint

the Kingdom Pets brand were not wholesome, were not nutritious, and were unhealthy.

17.    In fact, the FDA had issued warnings, as recently as November 18, 2011, about dog illnesses after consuming chicken jerky dog treats which were made in China.  Such warnings are contained within Exhibit B.  Investigation by the FDA as to the effect of dog treats imported from China on dogs, when consumed, is ongoing.

18.    The packaging did not warn of any danger from feeding its contents to dogs.

19.    Globalinx Pet LLC and Globalinx Corporation market their products without first determining that the products are safe, and that they will not have a deleterious effect on dogs.

20.    Globalinx Pet LLC and Globalinx Corporation marketed chicken jerky dog treats  without first determining that the products were safe, and that the dog treats would not have a deleterious effect on dogs.

21.    Defendants' Kingdom Pets brand of chicken jerky products, per the labels found on Exhibit A, are "Made In China."  On information and belief, the products are made in the People's Republic of China.

22.    The FDA has had received complaints, relating to more than 2,000 incidents, regarding dog treats containing chicken jerky imported from China which caused dogs to become sick or die.

23.    Dog treats sold in Australia which contained chicken jerky made in China were recalled in 2008 by KraMar Pet Company Pty. Ltd., after scores of dogs in that country were sickened.  See Kemp, Miles, "Hunt To Track Source Of Dog Meat Poison," *Adelaide Advertiser*, Dec. 9, 2008 at 9; Australian Veterinary Association, "Pet Owners Should Stay Vigilant After Chicken Treat Recall" (press release), Dec. 10, 2008; and Williams, Bronwyn, "Kidney Disease Brings Warning To Dog Owners," *Hobart Mercury*, Jan. 5,

Class Action Complaint

2009 at 8.  (Exhibit C.)

24.    An investigation done by the staff of "Marketplace," a television program produced by the Canadian Broadcasting Corporation, showed that consumers purchasing Chinese chicken jerky treats in Canada had similar experiences to American consumers.  That program was broadcast on September 28, 2012, and is available for viewing at http://www.cbc.ca/marketplace/episodes/2012/09/fighting-for-fido.html.

25.    Numerous  complaints concerning chicken jerky treats which sickened or killed dogs were made on the internet.  Examples are attached as Exhibit D.

26.    Globalinx Pet LLC and Globalinx Corporation placed no warnings concerning their products on their  packaging.

27.    Globalinx Pet LLC and Globalinx Corporation knew that there was a substantial risk of death or harm associated with its dog treats.

28.    The representations made by all defendants as to the wholesomeness of the dog treats were seen and relied upon by plaintiff, and by consumers nationwide.  Further, given the presumption that a manufacturer and a retailer would not sell to the public a food product that is severely harmful to the health of the consumer, plaintiff and consumers nationwide relied upon the fact that Kingdom Pets chicken jerky dog treats were not pulled from shelves, but rather remained available for purchase.

29.    No reasonable person would feed dog treats to their dogs knowing that there was a substantial risk of death or illness from doing so. Plaintiff, and other consumers, did not learn of the FDA warning or see the warnings on the Globalinx Pet LLC and Globalinx Corporation web site, until after their dogs had consumed the treats and either became ill or passed away.

30.    Globalinx Pet LLC and Globalinx Corporation intentionally concealed known facts concerning the safety of their dog treats in order to

increase or maintain sales.

31.     The fact that the dog treats might cause serious illness or death either at the recommended level, or at some larger level, was and is a material fact to pet owners.  Most pet owners (if not all of them) would not want to feed their pet such a treat, or have such a treat in a location where an animal might obtain more than the recommended number of servings.

32.     Dog owners consider their pets to be members of the family, and become very distressed when their dogs pass away, or become seriously ill. Plaintiff, and other consumers who have had similar experiences, suffered from devastating emotional loss on account of the passing of each of their pets.

33.     Plaintiff's pet dog was otherwise of average health.  But for the introduction of imported chicken jerky into her dog's diet (to the financial benefit of defendants), plaintiff would not have been damaged in the manner described in this complaint.

34.     The conduct of Globalinx Pet LLC and Globalinx Corporation recklessly or maliciously disregarded the rights of plaintiff and class members, for motives of pecuniary gain and to their financial benefit.

35.     Defendants damaged all persons who purchased Globalinx Pet LLC and Globalinx Corporation's chicken jerky dog treats, as such products are valueless.

36.     Beyond this damage, some dogs became ill, or died, as a result of defendants' conduct.  This conduct was tortious, breached basic commercial laws, and violated the consumer protection statutes of several states.

*Jennifer Holt*

37.     On or about December 11, 2011, Jennifer Holt purchased from Costco, at a store near her home in Austin, Texas, a package of Kingdom Pets chicken jerky dog treats.

38.   Ms. Holt owned a small mixed breed dog, approximately 23 pounds, named Tucker.  On December 11, 2011, he was eight years old, and in good health.

39.   Between December 11, 2011, and March 17, 2012, Ms. Holt gave Tucker one of the treats one to three times a week.  Ms. Holt made no other changes in his diet.

40.   Immediately thereafter, Tucker became sick and, on March 28, 2012, died of kidney failure.

## COUNT I – BREACH OF IMPLIED WARRANTY;
## UNIFORM COMMERCIAL CODE AND MAGNUSON-MOSS ACT

41.   Plaintiff  incorporate paragraphs 1-40.

42.   This claim is against all defendants.

43.   Under the Uniform Commercial Code ("UCC") – in force throughout the United     States except in Louisiana and Puerto Rico – there is an implied warranty in the sale of goods by a merchant that the goods shall be merchantable.  This is codified as

   a.   Cal. U.C.C. §2314 (California), and

   b.   Tex. Bus. & Comm. Code §2.314 (Texas).

44.   Under UCC §2-314(2), "Goods to be merchantable must be at  least such as.... (c) are fit for the ordinary purposes for which such goods are used; and... (f) conform to the promises or affirmations of fact made on the container or label if any."

45.   The dog treats sold by defendants were not fit for feeding to dogs, and did not conform to the promises or affirmations of fact made on the packaging.

## CLASS ALLEGATIONS

46.   Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class.

47.     The class consists of all persons in the United States (except Louisiana and Puerto Rico) who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action.

48.     The members of the class and are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

49.     There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

> (a)     whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs,
>
> (b)     whether the products sold by defendants were contaminated,
>
> (c)     whether defendants failed to properly test the products prior to market entry (or at any other relevant time),
>
> (d)     whether defendants failed to warn of the dangers of their products, and
>
> (e)     whether defendants breached implied warranties.

50.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

51.     Plaintiff will fairly and adequately represent the interests of the class members.  She has retained counsel experienced in consumer class action litigation.

52.     A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

Class Action Complaint

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendants, for:

        (a)    Compensatory damages;

        (b)    Costs of suit, expenses and attorney's fees (pursuant to 15 U.S.C. §2310); and

        (c)    Such other or further relief as the Court deems proper.

## COUNT II – BREACH OF EXPRESS WARRANTY; UNIFORM COMMERCIAL CODE

53.    Plaintiff incorporate paragraphs 1-40.

54.    This claim is against all defendants.

55.    Under UCC §2-313, in force throughout the United States except Louisiana and Puerto Rico, the representations on defendants' packaging created an express warranty that the contents shall conform to the representations.  This is codified as

        a.    Cal. U.C.C. §2313 (California), and

        b.    Tex. Bus. & Comm. Code §2.313 (Texas).

56.    Defendants' representations became a part of the basis of the bargain.

57.    Defendants breached those representations, as described above.

## CLASS ALLEGATIONS

58.    Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class.

59.    The class consists of all persons in the United States (except Louisiana and Puerto Rico) who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action.

60.     The members of the class and subclasses are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

61.     There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

(a)     whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs,

(b)     whether the products sold by defendants were contaminated,

(c)     whether defendants failed to properly test the products prior to market entry (or at any other relevant time),

(d)     whether defendants failed to warn of the dangers of their products, and

(e)     whether defendants breached express warranties;

62.     Plaintiff's claims are typical of the claims of the class members.  All are based  on the same factual and legal theories.

63.     Plaintiff will fairly and adequately represent the interests of the class members.  She has retained counsel experienced in consumer class action litigation.

64.     A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendants, for:

(a)     Compensatory damages,

(b)     Costs of suit, and

(c)     Such other or further relief as the Court deems proper.

## COUNT III – COMMON LAW FRAUD

65.    Plaintiff incorporates paragraphs 1-40.

66.    This claim is against all defendants.

67.    Defendants committed fraud by

    (a)    representing that the treats were healthy and wholesome when they were not (whether on the packaging (Exhibit A) or otherwise),

    (b)    selling dog treats with such representations without properly testing the products to determine if they conformed to the representations,

    (c)    continuing sales of the dog treats after defendants knew that the representations about them were false, and

    (d)    either failing to warn of the dangers of their products, or concealing such dangers, or both.

68.    Any person purchasing defendants' dog treats relied on such representations and omissions, as they go to the fitness of the product for its intended use.

69.    Damages, in the form of the illnesses and deaths suffered by consumers' pets, and the fact that the product has no value if it is unwholesome and unfit for consumption by animals, were suffered by consumers across the United States as a result of defendants' actions.

## CLASS ALLEGATIONS

70.    Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class and a subclass.

71.    The class consists of all persons who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date three years prior to

the filing of this action.

72.    The subclass consists of class members whose dogs suffered harm or death due to the consumption of defendants' products.

73.    The members of the class and subclass are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue and hundreds of dogs died as a result.

74.    There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

(a)    whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs,

(b)    whether the products sold by defendants were contaminated,

(c)    whether defendants failed to properly test the products prior to market entry (or at any other relevant time),

(d)    whether defendants misrepresented the qualities and benefits of their dog treats,

(e)    whether defendants failed to warn of the dangers of their products, and

(f)    whether defendants' culpability is such that they should be required to pay punitive damages.

75.    Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

76.    Plaintiff will fairly and adequately represent the interests of the class members.  She has retained counsel experienced in consumer class action litigation.

77.    A class action is superior to other alternative methods of

adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendants, for:

         (a)     Compensatory damages;

         (b)     Punitive damages;

         (c)     Attorney's fees, litigation expenses, and costs of suit; and

         (d)     Such other or further relief as the Court deems proper.

## COUNT IV – UNJUST  ENRICHMENT

78.    Plaintiff incorporates paragraphs 1-40.

79.    This claim is against all defendants.

80.    Defendants obtained a benefit, to which they were not entitled, through the sale of substandard dog treats for the purchase price thereof.

81.    Defendants had knowledge of the benefit conferred upon them by plaintiff and others like her.  Defendants made a calculated profit from the sales of the dog treats, while plaintiff and others like her suffered damages as a result of the transactions.

82.    Defendants have voluntarily and deliberately accepted and retained those profits and benefits, without delivering safe and healthy dog treats.

83.    Defendants' retention of the money they obtained (from plaintiff and others like her) from the sale of defective dog treats constitutes unjust enrichment.

## CLASS ALLEGATIONS

84.    Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class.

        Class Action Complaint

85.     The class consists of all persons who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action.

86.     The members of the class are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

87.     There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

(a)     whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs;

(b)     whether the products sold by defendants were contaminated;

(c)     whether defendants failed to properly test the products prior to market entry (or at any other relevant time);

(d)     whether defendants negligently, recklessly or intentionally delayed initiating recalls of the products;

(e)     whether defendants negligently, recklessly or intentionally failed to warn of the dangers of their products; and

(f)     whether defendants were unjustly enriched as a result of their wrongful conduct.

88.     Plaintiff's claims are typical of the claims of the class members.  All are based  on the same factual and legal theories.

89.     Plaintiff will fairly and adequately represent the interests of the class members.  She has retained counsel experienced in consumer class

action litigation.

90.   A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendants, for:

(a)   Compensatory damages,

(b)   Costs of suit, and

(c)   Such other or further relief as the Court deems proper.

## COUNT V – NEGLIGENCE

91.   Plaintiff incorporates paragraphs 1-40.

92.   This claim is against all defendants.

93.   Defendants owed plaintiff and others like her a duty of care to offer pet food free from deleterious and harmful effects.

94.   Defendants breached that duty of care by selling dog treats that were harmful and deleterious,

(a)   without conducting adequate quality control and testing,

(b)   without using proper manufacturing and production practices,

(c)   without adequately investigating reports of pet deaths and illnesses following consumption of their dog treats,

(d)   without placing adequate warnings on the packaging, and

(e)   by otherwise acting in a careless, negligent or reckless manner.

95.   Defendants knew or should have known that their dog treats

15                              Class Action Complaint

posed an unacceptable and unreasonable risk of harm to dogs, which would not be recognized by purchasers of their product, and that the consumption of their products by dogs would result in foreseeable and reasonably avoidable property damage.

96.     Defendants' conduct was negligent, careless, or reckless.

97.     As a direct and proximate result of defendants' conduct, plaintiff and the class members suffered property damage, including the sickness and death of consumers' pets.

## CLASS ALLEGATIONS

98.     Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and (b)(3), on behalf of a class of all persons who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action, whose dogs suffered harm or death due to the consumption of defendants' products.

99.     The members of the class  are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

100.     There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

       (a)     whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs;

       (b)     whether the products sold by defendants were contaminated;

       (c)     whether defendants failed to properly test the products prior to market entry (or at any other relevant time);

Class Action Complaint

(d) whether defendants negligently, recklessly or intentionally delayed initiating recalls of the products;

(e) whether defendants negligently, recklessly or intentionally failed to warn of the dangers of their products;

(f) whether defendants breached their duty of care to plaintiff and the class members; and

(g) whether defendants' culpability is such that they should be required to pay punitive damages.

101.   Plaintiff's claims are typical of the claims of the class members.  All are based  on the same factual and legal theories.

102.   Plaintiff will fairly and adequately represent the interests of the class members.  She has retained counsel experienced in consumer class action litigation.

103.   A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendants, for:

(a) Compensatory damages,

(b) Punitive damages,

(c) Costs of suit, and

(d) Such other or further relief as the Court deems proper.

## COUNT VI – STRICT PRODUCTS LIABILITY; DEFECTIVE DESIGN OR MANUFACTURE

104.   Plaintiff incorporates paragraphs 1-40.

105.   This claim is against all defendants.

106.   Plaintiff and the class members purchased dog treats which were manufactured, distributed or sold by defendants.

Class Action Complaint

107.   The dog treats were defective and inherently and unreasonably dangerous and unsafe for their intended use because they caused injury, illness or death to the dogs of plaintiff and others like her.

108.   The dog treats failed to perform in the manner reasonably to be expected, in light of their nature and intended function.

109.   As a direct and proximate cause of the unreasonably dangerous condition of the dog treats, plaintiff and others like her suffered property damage and economic loss.

## CLASS ALLEGATIONS

110.   Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class.

111.   The class consists of all persons who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action, whose dogs suffered harm or death due to the consumption of defendants' products.

112.   The members of the class are so numerous that joinder of all members is impracticable.  Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

113.   There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members.  The predominant common questions include:

(a)   whether the products sold by defendants were materially defective in design and formulation and unfit for consumption by dogs;

(b)   whether the products sold by defendants were contaminated;

(c)   whether defendants failed to properly test the products

Class Action Complaint

prior to market entry (or at any other relevant time);
and

    (d)    whether defendants' culpability is such that they
should be required to pay punitive damages.

114.    Plaintiff's claims are typical of the claims of the class
members. All are based on the same factual and legal theories.

115.    Plaintiff will fairly and adequately represent the interests of
the class members. She has retained counsel experienced in consumer class
action litigation.

116.    A class action is superior to other alternative methods of
adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in
favor of plaintiff and the class, and against defendants, for:

    (a)    Compensatory damages,

    (b)    Punitive damages,

    (c)    Costs of suit, and

    (d)    Such other or further relief as the Court deems proper.

## COUNT VII – STRICT PRODUCTS LIABILITY; FAILURE TO WARN

117.    Plaintiff incorporates paragraphs 1-40.

118.    This claim is against all defendants.

119.    Plaintiff, and others, purchased dog treats which were
manufactured, distributed or sold by defendants.

120.    Defendants' product was under the exclusive control of
defendants, and was sold without adequate warnings regarding the health risks
of the product.

121.    Defendants had a duty to warn purchasers of the health risks
posed by their product in an effective manner. Such warnings should have been

placed on the packaging and at the point of sale, or should have otherwise been placed in a way calculated to give reasonable fair warning to consumers.

122.   As a direct and proximate cause of the defendants' failure to warn of the health risks of the dog treats, plaintiff, and others, suffered property damage and economic loss.

## CLASS ALLEGATIONS

123.   Plaintiff brings this claim, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3), on behalf of a class.

124.   The class consists of all persons who purchased any dog treat product containing chicken jerky manufactured or sold by defendants and containing chicken imported from China, on or after a date four years prior to the filing of this action, whose dogs suffered harm or death due to the consumption of defendants' products.

125.   The members of the class are so numerous that joinder of all members is impracticable. Thousands of persons purchased the dog treats at issue, and hundreds of dogs died as a result.

126.   There are questions of law and fact common to the members of the class, which predominate over any questions that affect only individual class members. The predominant common questions include:

> (a)   whether defendants failed to warn of the dangers of their products; and
>
> (b)   whether defendants' culpability is such that they should be required to pay punitive damages.

127.   Plaintiff's claims are typical of the claims of the class members. All are based on the same factual and legal theories.

128.   Plaintiff will fairly and adequately represent the interests of the class members. She has retained counsel experienced in consumer class action litigation.

129.   A class action is superior to other alternative methods of adjudicating this dispute.  Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

(a)   Compensatory damages,

(b)   Punitive damages,

(c)   Costs of suit, and

(d)   Such other or further relief as the Court deems proper.

DATED: January 9, 2013                    Respectfully submitted,

/s/ Shawn Khorrami
Shawn Khorrami

Shawn Khorrami
Khorrami LLP
444 South Flower Street, 33rd Floor
Los Angeles CA 90071
(213) 596-6000
(213) 596-6010 (fax)
skhorrami@khorrami.com

(*L.R. 83-2.3 admission to be sought*)

/s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman
Thomas E. Soule
Edelman Combs Latturner & Goodwin LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (fax)
courtecl@edcombs.com

21                        Class Action Complaint

1

2

3

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury.


Dated: January 9, 2013                    /s/ Shawn Khorrami
_____        Shawn Khorrami

Class Action Complaint

# EXHIBIT A





# EXHIBIT  B

**U.S. Department of Health & Human Services**



U.S. Food & Drug Administration

## Animal & Veterinary

Home Animal & Veterinary News & Events CVM Updates

### FDA Continues to Caution Dog Owners About Chicken Jerky Products
November 18, 2011

The Food and Drug Administration (FDA) is again cautioning consumers that chicken jerky products for dogs (also sold as chicken tenders, strips or treats) may be associated with illness in dogs. In the last 12 months, FDA has seen an increase in the number of complaints it received of dog illnesses associated with consumption of chicken jerky products imported from China. These complaints have been reported to FDA by dog owners and veterinarians.

FDA issued a cautionary warning regarding chicken jerky products to consumers in September 2007 and a Preliminary Animal Health Notification in December of 2008. After seeing the number of complaints received drop off during the latter part of 2009 and most of 2010, the FDA is once again seeing the number of complaints rise to the levels of concern that prompted release of our earlier warnings.

Chicken jerky products should not be substituted for a balanced diet and are intended to be fed occasionally in small quantities.

FDA is advising consumers who choose to feed their dogs chicken jerky products to watch their dogs closely for any or all of the following signs that may occur within hours to days of feeding the products: decreased appetite; decreased activity; vomiting; diarrhea, sometimes with blood; increased water consumption and/or increased urination. If the dog shows any of these signs, stop feeding the chicken jerky product. Owners should consult their veterinarian if signs are severe or persist for more than 24 hours. Blood tests may indicate kidney failure (increased urea nitrogen and creatinine). Urine tests may indicate Fanconi syndrome (increased glucose). Although most dogs appear to recover, some reports to the FDA have involved dogs that have died.

FDA, in addition to several animal health diagnostic laboratories in the U.S., is working to determine why these products are associated with illness in dogs. FDA's Veterinary Laboratory Response Network (VLRN) is now available to support these animal health diagnostic laboratories. To date, scientists have not been able to determine a definitive cause for the reported illnesses. FDA continues extensive chemical and microbial testing but has not identified a contaminant.

The FDA continues to actively investigate the problem and its origin. Many of the illnesses reported may be the result of causes other than eating chicken jerky. Veterinarians and consumers alike should report cases of animal illness associated with pet foods to the FDA Consumer Complaint Coordinator in their state or go to http://www.fda.gov/petfoodcomplaints [1].

### Additional Information

- FDA Cautions Consumers about Chicken Jerky Products for Dogs [2]
- Preliminary Animal Health Notification – Chicken Jerky Products for Dogs [3]
- Caution to Dog Owners About Chicken Jerky Products [4]

**Contact FDA**
240-276-9300
240-276-9115 FAX
Issued by: FDA, Center for Veterinary Medicine
Communications Staff, HFV-12

7519 Standish Place
Rockville, MD 20855

Links on this page:

1. http://www.fda.gov/petfoodcomplaints
2. /AnimalVeterinary/NewsEvents/CVMUpdates/ucm048029.htm
3. /AnimalVeterinary/NewsEvents/CVMUpdates/ucm054448.htm
4. /ForConsumers/ConsumerUpdates/ucm092802.htm

- Accessibility
- Contact FDA
- Careers
- FDA Basics
- FOIA



# EXHIBIT C

Page 1



1 of 1 DOCUMENT

Copyright 2008 Nationwide News Pty Limited
All Rights Reserved
The Advertiser (Australia)

December 9, 2008 Tuesday
1 - State Edition

SECTION: NEWS; Pg. 9

LENGTH: 365 words

HEADLINE: Hunt to track source of dog meat poison

BYLINE: MILES KEMP

BODY:

UNIVERSITY experts are urgently trying to track down the source of a deadly poison which has struck hundreds of small dogs, with pet food meat from China the suspected cause.

The Australian Veterinary Association has issued a national warning to all vets to report any serious kidney damage in small dogs in the past month.

"We have only become aware of this in the last three or four weeks, and we need to make people aware there are some clear indications there is a problem out there," AVA national president Mark Lawrie told The Advertiser yesterday.

Mr Lawrie said the AVA had discussed the cases with a prominent pet-food supplier suspected to be the source of the poison, which the AVA would not name for legal reasons. Vets and small-dog owners have been told to look out for warning signs:

INCREASED thirst and urination.

REDUCED appetite and lethargy.

VOMITING and weakness.

University of Sydney researchers have issued a national alert over the kidney-destroying poison - but after a legal threat from the company, have been banned by the university from making any public comment.

The AVA had also warned vets - in a national alert to all members to be aware of the problem - against making comments to the media about the case.

PLAINTIFF'S EXHIBIT

Page 2

Hunt to track source of dog meat poison The Advertiser (Australia) December 9, 2008 Tuesday

One university researcher, who would not be named, said there was enough evidence to recall the product but the safety message had been hampered by threats from the company.

``We have not been able to call for cases and an open call to vets for cases has just been made and we are aware of dozens of cases and suspect there are hundreds," he said. ``What is important is that the meat is sourced in China and I think pet owners can trust the product if all the ingredients are sourced in Australia."

The researcher said owners should be concerned about any breed but especially dogs the size of a small terrier.

Studies of dead dogs are also being carried out to identify the cause, with one brand of meat suspected of causing symptoms.

Vets have been urged to contact the University of Sydney Faculty of Veterinary Science via email A.Arteaga@usyd.edu.au if they have suspected cases of the poisoning.

adelaidenow.com.au

Picture gallery: Dogs that need a home

LOAD-DATE: December 8, 2008



# MEDIA RELEASE

10 December 2008

## Pet owners should stay vigilant after chicken treat recall

In response to the voluntary recall of KraMar Supa Naturals Chicken Breast Strips, the Australian Veterinary Association (AVA) is urging dog owners to monitor their dogs' health.

"Owners who have been feeding their dogs with the treat shouldn't panic, but they should keep an eye on the condition of their dogs," Dr Mark Lawrie, AVA President, said.

"No scientific cause has been established, so it's important to be alert without panicking. If your dog shows signs of increased urination or thirst, lethargy, diarrhoea or vomiting you should take him or her to your vet as soon as possible. The cases so far have recovered with treatment.

"While no definite cause has been proven, KraMar's voluntary recall was the best course of action under the circumstances while we investigate further to try and find the answers," Dr Lawrie said.

"Vets seeing any cases of Fanconi-like syndrome should contact the researchers to report the details. They will record and analyse the information scientifically, and work to confirm what's causing the problem."

Vets with suspected cases of the syndrome can call the AVA for the researchers' contact details.

/ends

For further information and requests for interviews contact:
Juanita Feldbauer, Media Relations Manager  Ph: 02 9431 5082 or 0439 628 898

The Australian Veterinary Association (AVA) is the national professional association of veterinary surgeons in Australia. Founded in 1921, the AVA today represents 5000 members working in all areas of animal science, health and welfare.



1 of 1 DOCUMENT

Copyright 2009 Nationwide News Pty Limited
All Rights Reserved
Hobart Mercury (Australia)

January 5, 2009 Monday
1 - Edition

SECTION: Pg. 8

LENGTH: 257  words

HEADLINE: Kidney disease brings warning to dog owners

BYLINE: BRONWYN WILLIAMS

BODY:

TASMANIAN dog owners have been warned against feeding their pets imported chicken strips.

Vet Maree Richards is treating 12-year-old shetland sheepdog Toula for a serious kidney condition known as Fanconi-like Syndrome.

The disease is hereditary in a small number of dog breeds, but veterinarians have noticed an increased number of acquired cases.

"It's quite rare," said Dr Richards of North Hobart Veterinary Hospital.

"But suddenly there have been a lot of cases."

Researchers believe a food-related toxin is responsible.

The Australian Veterinary Association has identified a strong association between reported cases and consumption of the dog treat KraMar Supa Naturals Chicken Breast Strips.

The treat was voluntarily recalled from sale by the KraMar Pet Company.

But vets are concerned that dog owners may be unaware of the recall and may still be feeding their pets the treat.

"I just want everyone out there who might still have it in their cupboards to get rid of it," said Dr Richards.

She is thankful that Toula, who was being fed the KraMar Chicken Treat, is getting the right treatment.

"If we hadn't realised, and asked about her feeding, we might have sent her home and she could still be eating it,"

Page 2

Kidney disease brings warning to dog owners Hobart Mercury (Australia) January 5, 2009 Monday

Dr Richards said.

Symptoms of Fanconi-like Syndrome include increased thirst or urination, lethargy, diarrhoea and vomiting.

Dr Mark Lawrie, of the Australian Veterinary Association, recommends that owners seek prompt veterinary advice if their dog displays any of these symptoms.

\* Bronwyn Williams is a journalism student at UTAS

LOAD-DATE: January 4, 2009

# EXHIBIT  D

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

FILE A COMPLAINT (HTTPS://WWW.CONSUMERAFFAIRS.COM

LOG IN (/LOGIN/)    Like    7k    130

# Waggin Train Treats Company Profile
## 80

Waggin Train Treats

*Complaints & Reviews*

Like  1k    Tweet  16    5    Email Link (#)

Ads by Google    Chicken Dog Treats    Homemade Dog Treats    Dog Treats    Best Dry Dog Food

*Overall Satisfaction Rating*

View Company Profile (#company-profile)

| | |
|---|---|
| 1% | |
| 1% | |
| 1% | |
| 3% | |
| 94% | |

## Consumer Complaints & Reviews

*Satisfaction Rat*

Lori of Lewistown, PA on April 11, 2012

My puppy had been eating Waggin' Train Chik'n Biscuits treats when I first heard the horror stories about these treats. I stopped giving them to him immediately but it was too late. He had already been getting sick and we were puzzled and figured it was these treats but that he'd be okay if we stopped them. He just continued to get worse. He has recovered after 2 weeks of being very ill, and had to have lots of medication and treatment. He now has some permanent kidney and liver damage and will be prone to liver and/or kidney failure as an adult dog. It sickens me that these treats are still sitting on the shelves of our local retailers!

Ads by Google (http://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support
/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.consumeraffairs.com
/pets/waggin_train.html%26hl%3Den%26client%3Dca-
pub-0200629403145096%26ad%3DvewDwww.ExpertRECALL.com%26rd%3DFda%2Bfood%2Brecall%26ad%3DUX3DLaw.JustAns
/Chase%26ad%3DChase%2BHelp%26ad%3DQ3www.homemadedogfood.com%26ad%3DHomemade%2BDog%2BFood%26g
%3DAFQjCNGNFHUMUbybeamD8ZSVJQ7103JOjiw)

Fda food recall    Nation's #1 Food Recall Management Recall Experts for Compa
(http://googleads.g.doubleclick.net    www.ExpertRECALL.com (htt
/aclk?sa=L&
ai=Bhw89jUSHT5zVM7GGg    H8KPsErIBF3d3dy5jb25zdW1cmFmZmFpcnMuY29tyAEB    J
num=1&
sig=AOD64_oHIQ8O1B3WQPTchtUxtMJb-
A Lawyer Will Answer You Now! Questions Answered Every 9 S
(http://www.googleadservices.com
/pagead/aclk...com    ai=BUmtm
H8KPsErIBF3d3dy5jb25zdW1cmFmZmFpcnMuY29tyAEB
num=&    sig=AOD64_3L57vKZKmWItLVpctGAY4cmqSTCA&clie
cid=5Cj8aE48ndyJIdXEHbBsrI9_&
sig=AOD64_3L57vKZKmWItLVpctGAY4cmq    %2B%252D%2BLaw%7CDCO%2BLaw
client=ca-    %3D%26JFNW%3Dd%26JPAF%3Dtxt%2
pub-0200629403145096&
Need help with Chase? Ask experts and insiders online.
(http://www.insidr.com/Chase (
H8KPsEqABKbON3AOyARd3d3cuY29ue3VtZXJhZmZhaXJzL

Ads by Google
Chicken Dog Treats
Dog Treats
Best Dry Dog Food

**Related Categories**

Shopping
(http://www.consumeraffairs.com
/retail/national_chains.htm)

Family
(http://www.consumeraffairs.com
/toys/index.html)

Pets
(http://www.consumeraffairs.com
/pets/index.html)

Ads by Google
Chicken Dog Treats
Dog Treats
Best Dry Dog Food

PLAINTIFF'S
EXHIBIT

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

How to make homemade dog food. Easy and economical dog foo
www.homemadedogfood.com (http://www

*Satisfaction Rat*

 Christopher of Fort Valley, GA on April 9, 2012

My Chihuahua recently started acting strange. She looked like she didn't feel well. So today, I took her into the vet to be looked at. At one point when the girl was asking me questions about what I thought was wrong, the topic came up about was she eating. I said I think so and every night when I come home, I give them one of those supposedly all natural chicken jerky treats. She said, "It isn't the Waggin' Train is it?" I said, "Yeah, why?" She said the Waggin Train treats have been poisoning the dogs and all the vets have been getting dogs in with these symptoms. At one time, they were recalled but then the FDA approved them to continue sales.

Ads by Google (http://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support
/bin/request.py%3Fcontact%3Dabg_afc%26u1%3Dhttp://www.consumeraffairs.com
/pets/waggin_train.html%26hl%3gDen%26client%3gDca-
pub-0200629403145096%26adUK%3DTruGreen%25C2%25AE%2BOfficial%2BSite%26adU%3DBk
Tech.edu%26adT%3DITT%2BTech%2D-%2BOfficial%2BSite%26adU%3Dwww.freedlys.com%26adT%3DFree%2BSamples%2F
usg=AFQjCNEOkW3qQbvqb5548Ecphy8cdWeBJA)

TruGreen® Official          Professional Lawn Care w/ TruGreen® Enjoy A Healthy Lawn -
Site                        rEjkSHT93qDcWEgALiruygAZuhyJAC27lj3TCHrqP5BqDTvwl
(http://www.googleadservices.com
/pagead/aclk?sa=L&
rEjkSHT93qDcWEgALiruygAZuhyJAC27lj3TCHrqP5BqDTywEQARgBIQKc9AR0R
wLoA_YG6APyBvUDAAAAxPUDAAAAElgGAQ&
num=1&

Real Meats, Whole Grains, Vegetables and Fruits. Try BLUE!
BlueBu
www.bluebuffalo.com

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

num=3&
cid=5Gi23lLr2AX_Fv5w5kd0Gl_P&                    %7C%26mm_campaign%3D4c2ct
sig=AOD64_3Zcg83LAmPR64ZAGTwYLocShmawQ&
Free Samples In Your          Request Samples of Brand Products. Absolutely Free.
Mail020062940314509 6&                    www.freeflys.com (http://www.googlea
(http://www.googleadservices.com
/pagead/aclk?sa=L&

num=4&
cid=5Gi23lLr2AX_Fv5w5kd0Gl_P&
sig=AOD64_3kgfl8rmVdmuQvnKMQBweV&          Even if this is one vet, what about all the vets in the
2BPrPbg&client=ca-
                                           bill so far of $700 due to my dog having pancreatitis and having to
                                           until Monday so they can run IV's. These treats are coming from China. It is just
/www.adfox.net
                                           them screwing us.
/click.php%3Fx2%3DNDA3OA%253D%253D%257CMTI4NjE%253D%26ref%3DND

Ads by Google (http://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support

/bin/request.py%3Fcontact%3Dabg_afc%26surl%3Dhttp://www.consumeraffairs.com

/pets/waggin_train.html%26hl%3Den%26client%3Dca-

pub-0200629403145096%26adU%3Dwww.AlphaStrips.com%26adT%3DVenison%2BDog%2BTreats%26adU%3Dwww.PawH

/Dog-Food%26adT%3DDmygofer%25Cz%25AE%2BDog%2BFood%26adU%3Dwww.ZipHip.com%26adT%3DTop%2B5%2BDia

usg=AFQjCNGTVTlSADu8ttqXxG7lftIxQHf5FA)


Venison Dog Treats          Natural Jerky, Grain-free Grass-fed 100% dehydrated Venison n
(http://www.googleadservices.com
/pagead/aclk?sa=L&
ai=B017zikSHT-              yJPn2QOgsIqOTsCNtwGAvT8QARgBIOKc9AEoBDgAUMmzu
YfpRGg24KPvN1-                                               wLoA_YG6APyBvUD,
yJPn2QOgsIqOTsCNtwGAvT8QARgBIOKc9AEoBDgAUMmzuvr          wFgyYb_h
wLoA_YG6APyBvUDAAAAxPUDAAAAEgGAQ&
finmesitive Heart          Dog CHF Herbal Support - Gagging/ Labored Breathing/Wheez
(http://www.googleadservices.com
/pagead/aclk?sa=L&          ZqUsCNtwGwzAsQAbgCIOKc9AEoBDgAUMvjiv75___wF
                                                            wLoA_YG6APyBvUDAAAAxPUDA

pub-0200629403145096&

                                                   convenient BvtYbPb SGipRKgAdwA

nizRXchSirXhHvmuxSjdITnK8EXrFlenrLMCNtwGAiXoQAxgDIOKc9AEoBDgAUOORw!
                                          num=3&sig=AOD64_ok99rb4
chJSbSpFlenrLMCNtwGAiXoQAxgDIOKc9AEoBDgAUOORwYTg___wFgyYb_h
pub0280629403145096&                       %3Dhttp%253D%252F%252Fwww.mygofe
sik=4Gltg_ok99rb4  -

                                           Do You Have Diabetes? What The Doctor Is Not Telling You!
http://ads.g.donb]eclick.net
pub020Q39403145096&
                          if7irgLhxIu2I8CNtwGQsAoQBBgEIOKc9AEoBDgAUOWFufv8
                          if7irgLhxIu2I8CNtwGQsAoQBBgEIOKc9AEoBDgAUOWFufv8    wFgyYb_h_G
                          %23Jpr0J%23J%23J08712%2d4ffcode%3DJkw%209%26cid%3D
                                           She passed away last night. The vet's report came in a couple
                                           hundred and hers were over a thousand. Oh well, at least now, she isn't sick anymore.
pub-0200629403145096&
adurl=http:
//area48.ziphip.com
/search.pg%3Fq%3DDiabetes%2BMedication)

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

*Satisfaction Rat*

 Amanda of Philadelphia, PA on April 7, 2012

These treats made my Pit bull Bodhi so sick. Pits are an extremely hearty breed, but these treats brought him to his knees. I noticed within hours of feeding him these treats, that he started having diarrhea. I could not figure out at first what was causing it, I thought he must have eaten something crazy, but would not have thought it was his "treats" that were making him sick, but I stopped feeding him the treats right away because I didn't know what it was that was making him sick, so I made sure to only feed him his regular dog food mixed with rice to try and get him back to normal.

It took about two days for him to get back to normal. Still not realizing it was the treats that had made him sick, we ran through a bunch of the tricks he does and I rewarded him with these Chicken Jerky treats within an hour he was vomiting and having diarrhea again, at that point I knew it had to be the treats. I still have the bag, I was so pissed I almost threw them in the trash, but then I realized that I should get them tested and have them, in case I need to be able to prove that it was the treats that were making him sick. I hope this helps and that whoever reads this does so before it is to late as it is now obvious that many dogs have died from eating these poisonous treats.

Consumer complaints about Waggin Train Treats

http://www.consumeraffairs.com/pets/waggin_train.html

Ads by Google (http://www.google.com/url?ct=abg&q=http://www.google.com/adsense/support

/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.consumeraffairs.com

/pets/waggin_train.html%26hl%3Den%26client%3Dca-

pub-0200629403145096%26adU%3Dwww.BestPetHealth.com%26adT%3DLove%2BYour%2BDog%253F%26adU%3Dwww.D

/RawFoodDiet%26adT%3DNatural%2BRaw%2BDog%2BFood%2BDiet%26adU%3Dwww.thewholisticpet.com%26adT%3DDo

%2B%2526amp%253B%2BBones%2BHere%26adU%3DOurPad.com

/coupons%26adT%3DDog%2BFood%2BCoupons%26gl%3DUS&usg=AFQjCNH3hxMlocUx0ZsFmbcvwm98jSDQ)

Love Your Dog?          Buy Them Nutri-Vet Supplements Made in the USA          www.Bes
(http://googleads.g.doubleclick.net
/aclk?sa=L&
ai=BOO28JkSHT8bFIYeFgALvyvGaAdq6pKsC-
tyc7h_AjhcBkM9TEAEYASDinPQBKAQ4AFGBuMOYXMmGnVM42-75b23IAQHaATV
wSsgEXdsd2LmNvbnN1bWVyVWZmYWlycv5jh23IAQHaATV0dHRvOi8yd3d2Lr
wLoA_YG6APyBvUDAAAAxPUDAAAAEA&
num=1&
sig=AOD64_oY1KC64wbKVVeuGXBtDBSBRhPKpA&
client=ca-
pub-0200629403145096& Organic veggies & free range meat. No grains, fillers or additives
REBUILT;                          www.DarwinsPet.com/RawFoodDiet
(http://www.googleadservices.com
/pagead/aclk?sa=L&          w80AGtxNj5A7IBF3d3dy5jb25zdW1lcmFmZmFpcnM4fwo
ai=B3AJkSHT8bFIYeFgALvyvGaAdfogPgBt-          num=2&cid=5GibQPAb30tRxJ
vv_VHAjhcBoUg7EAIYAiDinPQBKAQ4AFDvkINTYMmG_4fwo-
w80AGtxNj5A7IBF3d3dy5jb25zdW1lcmFmZmFpcmU5j29tyAEB2gE1aHR0cDovL
Dog Treats & Bones          Line Of Premium, Organic Supplement To Support Pet Health. (
                                   www.thewholisticpet.com (h
(http://googleads.g.doubleclick.net
/aclk?sa=L&          w80AGrqfySA7IBF3d3dy5jb25zdW1lcmFmZmFpcmUy29tyA
ai=B01TB15kSHT8bFIYeFgALb29qIwD9cTssTnAjhcBgIgnEAMYAyDinPQH
w80AGrqfySA7IBF3d3dy5jb25zdW1lcmFmZmFpcmUy29tyAEB2gE1aHR0cDovL
 ju=DarwinsPet.com%3Fac%3DAW3-
8DE5GibQPAh30tRxRH4K16mkrtO&
num=3&
sig=AOD64_oQWb3CgTostEbKErZ_bRJ2BRigw&     Them Free Dog Food Coupons At Home Bring Them Today & Sa
client=ca-
pub-0200629403145096&
ai=BSHT8bFIYeFgALvyvGaAd307pUC7dj9piTAjhcBkNYnEAQYBCDinPQH
w80AGtxNj5A7IBF3d3dy5jb25zdW1lcmFmZmFpcmUy29tyAEB2gE1aHR0cDovL
num=4&
sig=AOD64_ooVDFGZ1JJZmeWFdxxzqUtoza9C-
g&client=ca-          4ed7a9915b8ff%26opnw%3Dd%26opcid%3D9640396709%26
pub-0200629403145096&
adurl=http:
//www.ourpad.com
/home.php%3Fquery%3Ddog%2Bfood%2Bcoupons%26ops%3Dadwc%26opcid%3D
4ed7a9915b8ff%26opnw%3Dd%26opcid%3D9640396709%26opbk%3Dnature%25

 Tammie of Goshen, OH on April 6, 2012

*Satisfaction Rat*

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

My friend posted a picture of their bags on FB and said not to give these to your dogs because they are causing kidney/renal failure. I am livid and I'm off to the vet tomorrow with my precious 3-year old Yorkie to see if I have poisoned my own dog as I noticed her becoming lethargic and drinking a lot of water. The United States of America farms out everything to other countries and they are not telling what they put in these products. I want this off the shelves. I spent 35 minutes after work in the pet aisle reading everything on the back and found 2 products that were actually made in the US. I am now going to give my dog nothing except what is homemade by me. If my Yorkie is ill, someone is going to pay!

 Tracey of Kingston, ON on April 6, 2012                                    *Satisfaction Rat*

I am so entirely sickened that this company is still in business with all of the illnesses and deaths that have been caused by the treats made by you monsters! My Boston was lethargic, throwing up, drinking more, etc. when I gave her these treats until I read up on the brand and found out they were slowly poisoning her to her death! Thank the Lord it hadn't been long term or irreversible damage. Thank you everyone for sharing your grief and pet loss and raising awareness on this horrible company. I plan to tell every single person I meet with a pet about this and every person I see scanning the dog treat section what product to avoid if they want their pet to be healthy!

 Lorinda of Vass, NC on April 4, 2012                                    *Satisfaction Rat*

About a month ago, I noticed my female Akita, Bryn, was having difficulty breathing and was drinking very large amounts of water and was urinating so often. She sometimes didn't make it outside before she had to go. She was lethargic, and, for several days, would not finish her food. So, I took her to the vet. Several tests were run, antibiotics were given, and a follow up would be done the next day for more tests. Initial diagnosis was kidney failure.

After a week of more tests, this diagnosis was confirmed. I was floored. How could this be? She has never been sick a day in her life. She is an indoor dog and gets good exercise. She is older but not senior and was still very active and not showing any signs of age or slowing down. It was only yesterday that a friend brought it to my attention that the dog treats I had been feeding her for the last couple months (one treat every week or so) was in the media for causing renal and kidney failure in the dogs eating them.

I feel awful knowing that I have given her these treats, which has cost her so dearly. She is declining every day, and I was advised by the vet that she will continue to decline until she has passed. There is nothing to fix it. All we can do is feed her a specialty dog food to try and keep her eating and prepare for her end. How awful!

 micheal of lewiston, ME on April 3, 2012                                    *Satisfaction Rat*

I've been reading a lot about Waggin' Train because of a link on Facebook. About a year ago, I had a Boston terrier, got her as soon as she stopped drinking milk and she was very healthy. At about 1 year

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

old, she was big enough to feed her treats. About a week after feeding her chicken jerky in pieces throughout the day, maybe twice a day she started having seizures, peeing on herself while sleeping and vomiting all in one day. I took her to the vet and they said she was fine. Still worried, I kept a close eye on her, still feeding her the treats, not even realizing that that was it.

More seizures, blood in her stool and constant peeing and drinking. I started monitoring her water, making it less likely to pee while sleeping, "didn't help much" and feeding her dry dog food with no treats. Back to the vet a week after the first visit, they were still no help, just giving me antibiotics and telling me to contact them if things get worse, like they weren't that bad now (that made me mad because I know I had to pay them, something was wrong and they gave me no answers, just a bill).

About 3 days after, I'd say 10pm; we had to take her to a different 24 hour vet because she had a really bad seizure, peed on herself and did not want to get out of it, shaking a lot, nonstop. They told me she was very dehydrated and gave her an IV and said she would be fine. About a week or so, after her poop hardened up, I started feeding her the treats again because I though she just had a flu or something. About 1 month of the same peeing all the time and seizures, I woke up and she had passed away. It wasn't till about March of 2012, I read about Waggin' Train. I looked into it and all of my dog's problems match to the treats problems. So please don't make my mistake and kill your dog by treating them with Waggin' Train and never buy this product again. I know I never will. Thank you for reading and I hope this has helped you save a dog's life.

*Satisfaction Rat*

  maribeth of franklin, NC on April 1, 2012

I fed my Shih Tzu dog Waggin' treats over 2 days. She started coughing and drinking large amounts of water and was rapidly breathing. She was found to have fluid in her chest that had to be drained, high liver enzymes, high phosphate, bun, and declined kidney function. There is blood in her intestinal tract. She died today because of respiratory failure. She was fine until after these treats. I am sad to see so many complaints being ignored.

*Satisfaction Rat*

  Chad of D'Iberville, MS on April 1, 2012

I truly am sorry for what has happened to your dogs. I have been giving these to my dogs for years and they have had no ill effects. Now I am asking in all sincerity, how do you know it was these snacks that hurt your dogs? I am alarmed, but I have run across far more people that gave these to their dogs with no ill effects, than I have folks that had dogs that were affected negatively by these snacks.

*Satisfaction Rat*

  SHERYL of Refugio, tx on April 1, 2012

I too have purchased several bags of treats made by the same company. Like some others, I believed that because it was a company of United States, that it would be safe. I have two yorkies, the female had the same symptoms as what has been reported. She had the bloody stools, that smelled horrific, and the vomiting. The vet tested to make sure it wasn't parvo because of the symptoms. She was given antibiotics and they weren't sure what had caused it. They suggested that she might have

ulcerative colitis. So I have been giving these treats every once in a while with same results. My son is the one that brought my attention to this site. Thank goodness he did, no telling how long I would have been poisoning my dogs.

 Johnene of Napoleon, OH on March 31, 2012                                *Satisfaction Rat*

My healthy 5 year old Maltese/Bichon was given Chik'n Biscuits and Yams wrapped with chicken both Waggin' Train products. In January 2012, he started vomiting, urinating and drinking a lot of water. I took him to the vet who gave him meds to stop the vomiting and meds to help him want to eat. They took blood and urine samples and his protein levels were very high and he was diagnosed with kidney failure and his enzymes were also high.

A week later, I had to take him back to the vet to have fluid removed from his stomach and again 2 weeks later. Then, all the sudden he became lethargic, shivering and refused to eat for 3 weeks which resulted in rapid weight loss (14.8 lbs. down to 10.5 lbs.). I took him back to the vet and he received a shot to make him eat and a shot of B12. At this visit, I was told he was showing signs of liver failure and was jaundice. I have gotten him to eat baby food and putting Pedialite in his water. For a week and a half, he has been active and eating everyday but the odds of him surviving are slim because he is already in the stages of liver failure (renal failure).

This company needs to take responsibility for the sickness and deaths that have been caused. I have thousands of dollars in vet bills for all this and I had a perfectly healthy 5 year old dog before all this happened. Please feel free to contact me for I am interested in lawsuit or anything resulting in this company taking responsibility or paying all my losses! Please get these off the shelves before any more animals are sickened or die!

 Sandra of Elkview, WV on March 31, 2012                               *Satisfaction Rat*

My dog Fiona, a beautiful Boston Terrier, became sick 2 weeks ago. She had seizures. On Sunday morning, one happened and then the vomiting started. Then by Monday, she was so dehydrated that I was frightened. I took her to the vet and they believed that she had an infection in her pancreas. After IVs, meds and $1300, she seemed to be on the mend. What happened to her? I personally believe it was the treats that caused it. When I went onto their website, the best they could do was to offer you suggestions on how many to give your dog. Well guess what? I never made a meal of the treats. They were exactly that, a treat.

I almost lost my precious baby and I know it is because of these treats. Thankfully, she is doing better but still not completely well. After reading all these other post about these killers, I am still not completely relaxed enough to not worry about any recurrences. Please, if you use these treats, please stop before your baby becomes sick or even worse. These killers should be pulled off the shelves and this big chain where most people buy them is at blame also. So Walmart, listen up. If you don't do something, I will be one of the first ones in line at lawyers.

Laura of tulsa, OK on March 31, 2012                                       *Satisfaction Rat*

My son Jake, a Labradoodle, got a sore on his tail on Wednesday March 14, 2012. I took him to the vet for treatment and they did a CBC and discovered that he had no platelets. He said it was an auto immune disease and we treated him initially with prednisone and doxycycline. On Thursday, March 15, 2012, Jake threw up blood three times! I rushed him to the vet and they gave him nausea medication and sent us home. Jake was lethargic and did not eat or drink or pee for 3 days! We went back to the vet on March 17 and did another CBC. He discovered that not only did Jake not have platelets but also hardly any RBCs.

I was sent to OVS (Oklahoma Veterinary Specialist) and they started a blood transfusion. Over the next week Jake received 2 blood transfusions, massive antibiotics, parental feeding, steroids, ultrasound, x-rays, IVIG, and 1 and 1/2 bag of platelets. I spent $6000 to save my son! He died March 23, 2012! This company knew they had a tainted product but refused/refuses to pull it from the market. I am so angry, I called the company and got the runaround. Who out there cares about this? Something needs to be done! I worry about my other dog coming down with this issue as well.

*Satisfaction Rat*

 Max of El Paso, TX on March 30, 2012

I bought the Waggin' Train chicken breast treats at Sam's. They were about $16. I thought I was buying a healthy treat since it had no by-products. At the age of 4 1/2 months and weight of 30 pounds, I gave my Weimaraner 1/2 of one treat. I noticed his stools were loose and odd the next day, so I figured he had not chewed it well and decided to wait until his teeth were developed. Now, at the age of 6 months and weight of 50 pounds, I fed him 2 treats at night. The next day he slept a lot and the following day he was vomiting, shaking, and had diarrhea with blood. He was peeing a lot and not eating nor drinking. Right away, I took him to the vet and they diagnosed giardia, gave him metronidazole and amoxicillin for 7 days. With home made baby food and lots of love, he recovered. I hate myself for feeding him poison and now I worried that this is not out of his system. Please be careful in not feeding your dog these treats. The FDA needs to do something!

*Satisfaction Rat*

 Delynn of Scottsburg, IN on March 30, 2012

Waggin Train Chicken Jerky Treats – Our dog was a perfectly healthy border collie and in less than a week, she was vomiting blood and had bloody diarrhea. She was very lethargic and unresponsive and drooling. I took her to the animal hospital ER and they admitted her immediately. They conducted many tests that showed her liver was enlarged and abnormal so they performed an ultrasound/biopsy.

We are still waiting on the labs to come back on it now. The only change in the diet or anything in her life was the introduction of these treats. So, we looked them up and found this webpage and many other complaints. I called the company and filed a complaint but they basically told me what is posted on their webpage that the FDA findings are inconclusive and they would not be recalling at this time. They did take all my info and the info off the package and about our dog's condition. Our dog is still in the hospital and is on IV and antibiotics and we are waiting anxiously to find out her prognosis but the vet didn't seem hopeful. I am outraged that these treats are being sold to unsuspecting pet owners who are only trying to reward their pets and treat them like they should be treated.

It's amazing we allow anything we eat to be produced in China. It's pretty obvious their standards are not up to par and they only care about making money not our health or their own citizens for that matter. I just saw a dateline episode about the Chinese only buying American made products for their babies to consume because of fears of their children being poisoned, but we let them poison our pets here? It makes no sense to me at all. The FDA needs to step up and shut their importing of products down.



Ardith of Homer, AK on March 29, 2012

*Satisfaction Rat*

My 12 year old dog died with all the symptoms that I found on the complaint website for Waggin' Train Dog treats. I didn't know until today that this was the reason. He had been slowing down and his right leg was bad, but otherwise a happy dog. Then his urine turned to a very dark yellow/orange color, he started having difficulty in breathing, was lethargic and within 3 weeks of purchasing the Waggin' Train treats he was dead... criminal.



Glenn of albany, NY on March 29, 2012

*Satisfaction Rat*

For the past 3 weeks, I'm trying to find out how my dog Sandy's health went downhill so fast. She died after the bloody stools, everyday with meds from the vet. Something triggered the auto-immune sickness she had around the holidays. She would run to wake me up at 3AM to go out for a treat, I would walk her for a half mile everyday in the summer. Tomorrow, we will have the Waggin Train drummets tested by AGR and Marketing. I've only seen one other lady here had sick dogs from the drummets, I hope they made it. This happened so fast, even after blood transfusion.



Sheva of Ladera Ranch, CA on March 28, 2012

*Satisfaction Rat*

I have been purchasing these treats for my 5 year old Shi Tzu Chandler. For 4 years, I have been giving him one treat a day. 4 months ago, I noticed him drinking excess amounts of water and also losing weight. I took him to the vet and found out he was diagnosed with kidney failure. After one month of force feeding him and trying holistic medication, he was put to sleep on New Year's Day.

I know in my heart his passing and it had everything to do with these treats. I am still hurting from his loss and I strongly believe these treats need to be removed from stores. When I go to Costco, I noticed they are still selling these treats and they make me sick. I miss my dog so much and nothing seems to take away the pain of his loss in my life.



Judy of xxxxxxx, UT on March 28, 2012

*Satisfaction Rat*

1 year and 8 months ago, I gave Abbey, my precious Lakeland terrier, Waggin Train Jerky Treats (the duck flavor as she was allergic to chicken). I purchased it from Wal-Mart. I was leaving for the day, so I left some out for her. I came home that evening, and she was lethargic. She was having massive

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

bloody diarrhea. She was treated with antibiotics and meds for nausea and diarrhea. She seemed to recover. I googled and found all the people writing about the Waggin Train Treats that had made their dogs ill.

Then a year later, she was drinking a lot of water. I took her to the vet. She was found to have renal failure. We treated her with BP meds, but a few months later, she became lethargic and weak. Her renal labs were sky high. My poor baby didn't respond to treatment and passed away this week. I know in my heart it all began with those Waggin Train duck treats. So those of you who had dogs that seemed to get better, watch for a recurrence.

*Satisfaction Rat*

 Jackie of Saugus , MA on March 27, 2012

I was buying these treats for my pup for a few months and he loved them. I am one of the lucky ones, I guess, because he never got sick. When I got my puppy, I swore to never feed him anything made in China because of all the recalls in the past years. I check every label. When I checked the Waggin' Train label (I did not have my reading glasses on), I saw in big letters "made" and then either "North" or "South Carolina". I didn't notice the small "for" in between "made" and "Carolina". One day, my 12-year old looked at the package and said, "Mom, these are made in China."

The markings were tiny and over to the left of the package. Being a customs broker, I was so angry. That was a true violation of country of origin markings. I immediately emailed the company with my complaint, but never heard back. I threw out the rest of the treats and put the bag to the side to take to work and contacted a customs agent. Later that day, I noticed the bag was torn into little shreds all over the house. My pup had got a hold of it. Unfortunately, I never followed up on this and just stopped buying the product. My heart goes out to all who have lost your pets because of this product. The company should be held responsible. I love my dog and would be outraged if anything happened to him because of this product.

*Satisfaction Rat*

 Laura of Fountain Inn, SC on March 27, 2012

I just lost my sweet Yorkie to kidney failure yesterday after $2900 in vet bills to try and save her. I was told about this problem with the treats last night. We had purchased a bag of Waggin Train Treats from Costco and had been giving them to her. I am heartbroken. This must be stopped!

*Satisfaction Rat*

 Sherri of Windsor, ON on March 26, 2012

We purchased these dog treats at Meijer in Madison Heights, Michigan on the first week of March and have been giving them to our 7-month-old jack rat terrier. On March 20, he went into kidney failure and nearly died. $870 later in vet bills and still being treated, we are thankful to have caught it in time. He acted like he was toxic, swaying like a drunken sailor and couldn't even stand up. I brought him to the vet, and his BUN and creatinine were both elevated. His body temperature was low, and he was in renal failure. Do not feed these to your pets!

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

*Satisfaction Rat*

 Millie of Silver City, NM on March 26, 2012

I've fed these to both of my Shih Tzus for years. They seemed like the perfect treat, chicken wrapped around a fruit or vegetable or a flavored biscuit. A year and a half ago, my beloved Shih Tzu Louie went from perfectly healthy to dead in 5 days. We blamed it on pancreatitis and figured since he was 9 years old, his body just failed him. We never had a clue about these treats. I noticed recently that Shih Tzu #2, who eats two of these each day is unable to eat much. He has become real picky about his food and I mentioned to my husband he acts like he was poisoned. I stopped buying canned food and started making my own with turkey, rice, oats vegetables and fruits. He usually loves this, but hasn't eaten for the last three days.

If I lose this dog too, it will devastate me. I'm still not over the death of Louie and to know that someone was responsible for this just sickens me. Is it possible that we could file a class action suit? I'm so angry about this. These products need to be pulled immediately and we, as a country, need to return to manufacturing our own products and quit importing them from a toxic environment.

*Satisfaction Rat*

 Sheena of Mullica Hill, NJ on March 26, 2012

I got these in a large bag of dog food as a free sample. I never heard of them or seen them before then. I gave these to my 68 lb pit bull/German shepherd mix for about a week straight, I'd say 2 or 3 a day and he loved them. But he loved dog treats in general a lot.

On Thursday morning, I left for class as I usually do and when I got home, only a short few hours later, I walked in to my house and called him (which he would usually run and jump in complete excitement nearly knocking me over, he was a week shy of 1 year old so he was still a puppy, a large puppy) and no response I found him lying on the floor against the sofa very lethargic. About 15 minutes later, he finally stood up and walked towards me, but throwing up as he was trying to walk over. I instantly called the vet who told me to bring him right over. He ran an IV, took an ultrasound and gave us anti nausea medication and said it should help.

The next day, he wasn't walking well and very lethargic and his face seemed to be sunken in. I took him back to the vet and he gave him an antibiotic and told us to continue to give him the anti nausea medication as well as the antibiotics. Later that night, he was still throwing up and hasn't eaten since Thursday morning before I left to class. His breathing was very heavy and was shaking from being so cold. He was fully house trained but was going to the bathroom on himself and not even caring or moving. He has bloody bowel movements and the following morning (only 3 days after he initially got sick), he passed away.

Rosco was a very healthy puppy. He would have been only 1 year old a week after he passed away. The doctors had no idea what it could have been. The chicken jerky treats were the only thing that was different in his diet. I'm extremely pissed off that after the thousands and thousands of complaints I have come across, that these are still on the shelf. Please do not feed these to your pets! Feel free to contact me about this post at **.

*Satisfaction Rat*

 hank of newport, NC on March 26, 2012

Consumer complaints about Waggin Train Treats                http://www.consumeraffairs.com/pets/waggin_train.html

My beloved Dollymay had to be put down because of kidney failure. I have discovered that she is not the only one. I can understand if it was only a handful of cases but I don't think that there is a computer in the whole world that can hold the data of how many pets have gotten sick or have died. The FDA needs to hire someone that loves pets and understand the hurt we owners are going through then maybe they will ban them and save other pet so their owners won't have to go through what I and many, many others have.

*Satisfaction Rat*

 Danielle of Fort Pierce, FL on March 26, 2012

I bought a chicken jerky as a Christmas treat for our dog. By New Year's Eve, our dog was dead due to kidney failure.

*Satisfaction Rat*

 Casey of decatur, AL on March 26, 2012

These Waggin Train Chicken treats were on sale at a local chain store. I bought them and gave my dogs two a piece before a good friend told me to stop and that some animals had passed. The second night, they both started throwing up! This product needs to be recalled and the company needs to take responsibility.

*Satisfaction Rat*

 TD of Gainesville, FL on March 26, 2012

We have lost both our dogs in the last two weeks. I never heard about this problem with the Waggin Train Jerky Treats until today. They both had all the problems and the vet gave them IV, Antibiotics for days but nothing was helping. Why must we wait until more dogs that are loved as family members pass away? It has been the hardest two weeks I have every spent. Not sure if we can do anything about this. We need to get this off the market and stop buying from China. If this is what they are doing to our pets, then just think what they are doing to us!

*Satisfaction Rat*

 Lynn of Hemet, CA on March 25, 2012

My precious Corgi died this morning from kidney failure. He had eaten Waggin Train Chicken Jerky treats in the morning and at night, as they were his favorite. He began vomiting and was extremely thirsty. His body began to shake and shiver and he was panting excessively. We took him to the vet where he was put on an IV, given antibiotics and pain medication but there was nothing that could be done to save him. Our hearts are broken as we have lost a lovable member of our family. I am angry because these treats should have been taken off the market a long time ago. Maybe our dog would still be alive.

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

*Satisfaction Rat*

 cindy of picayune, MS on March 24, 2012

Waggin Train Lot #J4CA3760A.- Our 10 year old Shih Tzu has been eating Waggin Train for a couple of years. I was having a problem finding the "chew sticks" (chicken wrapped), so I picked up the Jerky Tenders. She became very ill! Never in ten years has she had diarrhea so extreme, including fever of 105. She was placed on special dog food and antibiotics. Please look into this matter! The back of the bag states "made in China".

*Satisfaction Rat*

 Ronald of Hutchinson, KS on March 19, 2012

We have been giving our dogs Wagon Train chicken jerky for a few weeks. They loved them. Well, our 9-year old had torn a ligament in her back knee and had surgery. After she came home, she would not eat and drink a little and laid around a lot. So we took her back to the vet and he found her kidney numbers were 10 times normal and was starting to go into kidney failure. He didn't know why until he checked the internet and asked what treats. We told him and he said that these have caused kidney failure and death in dogs. We had him set up an IV and had it run for 3 days. Her numbers came down and we brought her home. Right now, she seems better, but he wants to check her out periodically. We all believe the treats were doing this and didn't they're know made in China. We will never buy these again and will tell everyone with a dog to stay away. Hopefully, she will recover.

*Satisfaction Rat*

 Lucinda of Strasburg, VA on March 19, 2012

After wondering why our dog was getting so sick, I started hearing about the Waggin Train Jerky Treats. I checked in her box of different treats and discovered that I have an almost empty bag of Waggin Train Jerky Tenders! I am so upset and broken hearted because my dog is dying! She is dying! Our sweet girl is dying because of this poison! I still have the bag and will keep it to prove that it is the reason she is dying!

*Satisfaction Rat*

 Vivian of Macomb, MI on March 16, 2012

I fed my 4 year old golden retriever, Chance these Waggin' Train Chicken Treats. On January 2, he threw up many times. I took him to vet and week later, he threw up many times. I took him to vet and liver enzymes were off the chart. He would not eat any dog food. I fed him a liver diet, potatoes, sweet potatoes, chicken, etc. he got lethargic then jaundice. I kept giving him fluids but his breathing became labored. He passed away 5 weeks later on February 9th. It breaks my heart to know I was giving treats to my dog that killed him.

*Satisfaction Rat*

 terie of Las Vegas, NV on March 15, 2012

Consumer complaints about Waggin Train Treats                http://www.consumeraffairs.com/pets/waggin_train.html

These dog treats killed my dog BJ on 3/4/12. In small print in the back, this company touts proudly
on the bag front to be American, made in China is in small print. The FDA is covering this up for
some reason, not reporting the correct number of cases and their website is "losing" the reports from
the site. I had to report twice, both are "missing". They don't know what the toxin is yet, but I
personally know of over 100 dogs killed this year alone! Do not but any jerky treats because they
might be processed in China, but packaged in the USA. Dehydrate your own or find another dog
treat. Read labels! I learned too late.

*Satisfaction Rat*

 Jaelene of Las Vegas, NV on March 15, 2012

I have been buying my dog Milo's Kitchen, thinking it was a great treat for a dog because it is natural
and doesn't have added artificial ingredients in it. I recently saw an article in MSNBC stating that
Milo's Kitchen, along with Waggin' Trains, is causing many dogs to have kidney failure and die.

A few days before I saw this article, I purchased Waggin' Trains because the store was out of Milo's
Kitchen. The following day after feeding my dog the treat, she became very sick. Once I saw the
article, I knew that was why she was sick. I immediately took her to the vet and had blood work and a
urine analysis done. Her urine analysis showed that her protein levels are very high which goes along
with kidney problems and failure. There is no medicine I can give her to help her. Those treats made
her sick and I just have to sit back and watch my pet, which was completely healthy before Milo's
Kitchen and Waggin' Trains, slowly get sick and eventually die. These treats are killing people's pets
and causing illness. This need to be taken off of the shelf!

*Satisfaction Rat*

 Marsha of Adrian, MI on March 14, 2012

I gave my Shih Tzu a Waggin Train Big Blast Treat yesterday and this morning she was very sick. She
trembled and cried for over an hour. When I called the complaint hotline, they acted like it was no
big deal after I mentioned the possible recall from November. She also tried accusing me of
supplementing her treat for regular dog food. It wasn't until I mentioned how sick she was and the
fact that she had a vet appointment that I was taken seriously. I was then offered coupons for other
products. I am taking the unopened package that I have back to the store and will never again buy a
Waggin Train product. Please answer me this. Why would I want coupons for a product that I never
again will be giving to my dogs? And why would I buy a product that could potentially get them sick
or kill them? I'm very disappointed. I will spread the word and already have.

*Satisfaction Rat*

 claudia of Homosassa, FL on March 13, 2012

I want to know why Jerky Treats is claiming they are made in the US. It's been brought to my
attention that some of the ingredients are from China. My vet said to avoid all China made pet
products. Had I known, I never would have been buying these treats!

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

 Clifford of glenview ave, AL on March 13, 2012                    *Satisfaction Rat*

My dog is very sick and we cannot seem to get her over it. She has been eating Jerky treats (chicken) from your company for several years. What should I do or tell my vet? This upsets me greatly as we are old and are very close to her.

 John of San Diego, CA on March 12, 2012                    *Satisfaction Rat*

I have 3 Mexican mutts that I rescued from the streets of Baja. All of them are Shepherd mixed breeds from 60 to 90 lbs. Each dog eats 6 Waggin Train Chicken Jerky treats per day and has done so for several years with no ill effects. They love the stuff and will do all sorts of tricks to receive their treats. Perhaps the reason that no link can be found between these treats and the illnesses reported by other pet owners is that there is no link! I'm 100% satisfied that these are wonderful treats for my dogs and will continue buying them despite the steep price.

 Robert of Sunbright, TN on March 10, 2012                    *Satisfaction Rat*

I bought a 30 oz. bag of Waggin' Train Chicken Jerky Tenders. I feed my 2 Chihuahuas the treats for 4 days. After 4 days, both dogs started passing blood through their bowls. One dog started vomiting blood to. I had to take it to the vet. I showed him the treats I had been feeding the dogs. He checked the product (Waggin' Train) dog treats on the internet. He found 300 and some complaints where people had made. The complaints range from dogs passing blood through their bowls and vomiting up blood to liver failure and some of their dogs dying. I think this product should be taken off the market before killing any more family dogs.

 Linda of Savannah, GA on March 7, 2012                    *Satisfaction Rat*

Everyone, beware! Our dog Brit has not been herself for about a month! She and my husband would always go for a long walk/run and hunt everyday. Like clock work, she would pester my husband to go. Lately, all she does is sleep and refuses to go on a walk. She will only go down one house and turn around, go home and sleep. She has also not been eating very well. Her favorite thing has been her Waggin' Train Chicken Jerky Treats. She has been at the vet the last few days. Our Vet has been trying to figure out what is wrong with Brit. First thought it was arthritis, but no. We thought perhaps it was a heart problem. Her heart does show that it is enlarged so she had an ultrasound today. Enlarged heart, but all is working fine.

When the vet called to tell me the results, he asked if she seemed better and had she eaten anything. I told her she slept all afternoon, wouldn't eat her dinner but ate two Jerky Treats. He wanted to check to see if they had been recalled and found out a lot of info about many dogs getting sick from them. Just google "waggin' train chicken jerky treats recall". No recall because they can't pinpoint the reason dogs are getting sick and some are dying. Do not buy any products made in China! Please pray that Brit will get back to her old self! We fed her real baked chicken and white rice for dinner, she

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

loved it and we are praying she will bounce back in a week or so because she will not be given anymore Jerky Treats. I wish the FDA could figure out what is in the treats that is making our puppies sick.

*Satisfaction Rat*

 Barbara of Bellevue, NE on March 2, 2012

Please take these off the market. Why sell something that might kill a pet? My dog was a healthy lab/greyhound mix--with normal weight, active, happy, and had a good appetite. My husband began giving him a Waggin' Train dog treat after their daily walks. He became lethargic. The dog didn't want to go on walks anymore. He lost his appetite and his breathing became labored. I drove him to the vet in a snow storm. The vet was not specific as to what was wrong with him. His lab work did not show up as normal. He vomited blood and within a few days, we had to put him to sleep because he was no longer eating and could hardly breathe. A family member was put out of his misery due to something that was supposed to be considered a safe product--a dog "treat." Please feel free to contact me regarding this issue.

*Satisfaction Rat*

 Janie of Jacksonville, AL on Feb. 29, 2012

I bought Waggin' Train Chik'n Biscuit dog treats on 2/16/12 and fed one treat to each of my dogs. My larger dog was the first one sick, he throw up and was off his feed for the entire next day. My 16 week old pup was violently ill all day. They both recovered and I had not made the connection to the dog treat at this time, thus feeding them both a treat again on 2/20/2012. Again, my older dog was refusing food for the day, and my Kuroi became very sick again. This time, however, she did not recover and died five days later after suffering.

*Satisfaction Rat*

 Lezah of San Antonio , TX on Feb. 29, 2012

I gave my dog a treat from a brand new bag of Waggin' Train Chicken Jerky Treats. Archer was given a treat (1) of the Waggin' Train Chicken Jerky. He began not eating and was just laying around. He started laying down, panting, and started writhing around on his side in circles. He continued for 15 to 20 minutes. His front leg twitched. He vomited several times during the night and had a soft unformed bowel movement. When I took him in to the vet, he was refusing water.

He didn't even flinch when they drew blood from his neck. His liver function was elevated but other functions looked good on the test. He was given sub Q fluids, an anti-nausea injection, and an antibiotic injection. I also had to take him home with antibiotics for 10 days twice a day. That night, I had to force water in him with a syringe as he wouldn't drink again and was breathing very rapid shallow breaths. I did not think he was going to make it that night. He was put on a chicken and rice diet. He is doing better. I saw a report on the local news regarding this product and it has some of the same symptoms that Archer has. Since he has felt better he has been drinking a lot of water.

Consumer complaints about Waggin Train Treats                http://www.consumeraffairs.com/pets/waggin_train.html



*Satisfaction Rat*

Jolene of Southampton, MA on Feb. 27, 2012

I bought both Waggin Train and Canyon Creek chicken jerky treats. I did now realize they were from China or the problem with treats from China. One of my dogs became very ill—vomiting and diarrhea for 5 days. Only by chicken jerky from American companies now and they sure are hard to find--and expensive! But I don't care, I want a healthy baby! Now the one that was sick has a urinary infection. I'm just hoping it's nothing worse from having been sick.



*Satisfaction Rat*

Janica of Philadelphia, PA on Feb. 26, 2012

My dog is now suffering from liver failure very possibly from these treats. She has not been fed an overdose. She had about 3-4 a day of them. She was 55 lbs. and her weight has dropped to 46.5 lbs. as of today. She became ill 3+ weeks ago with fever, lethargy and weight loss. We finally got a diagnosis of liver disease when a CBC was done and showed all elevated liver enzyme levels. It is too early to know her prognosis because we do not know the extent of the liver damage. She has been in the hospital since Friday on IV fluids and Flagyl. My vet bill for this will be about $2,000. I was heartsick when I saw all the online chatter about how people suspect this product as the cause of serious illness and/or death in their pets. The vet has advised me not to give her this "treat" any longer.

Someone needs to get this garbage off the shelves. It is killing hundreds of dogs. Don't ever give your dogs anything made in China or especially these Waggin Train Chicken Jerky Tenders. I bought them at Costco and they were expensive. I was thinking I was giving my dog a healthy protein treat that she loved and instead I was poisoning her.



*Satisfaction Rat*

Dawn of streetsboro, OH on Feb. 26, 2012

I am proud to say all of my dogs are second-hand dogs and they are my world. Riley was a completely healthy 9-year-old lhasa apso. Riley was stubbornly sweet and loving. He was very active and always on guard, and had to take a victory lap around the yard after every potty break. Riley had so much energy he needed direction and I took him to obedience classes. Riley earned a Canine Good Citizen diploma. Riley had a 9-year-old sister Chloe, she is a shih tzu. Riley immediately fell in love with Chloe and made her his puppy. She never had a mother and truly needed his love. We also have a 3-year-old 3 lb. Chihuahua named Bambi.

Once Riley found out she wasn't a squirrel and she submitted to a good cleaning, she also became his pup. He kept an eye on them, protected them and licked them clean any time they held still. I found those treats on sale on Black Friday at PetSmart in Aurora, Ohio. They were half-priced, so I thought it was our lucky day and grabbed 4 bags of them as a Christmas gift for my 3 babies. I started giving them a few right away and then I heard about a recall on Waggin Train chicken jerky treats. I checked our bags and it was labeled Canyon Creek Ranch, but I thought it's always better safe than sorry and called the phone number on the bag.

I was told it was a few isolated cases of over feeding and pets not being provided other nutrition for a well-balanced diet that caused a few dogs to become sick. I was not told any of the symptoms or about dogs dying. I believed their explanation and continued feeding them to my dogs but made sure to monitor how much. I gave them each 1/3 of a strip before bed 2-3 times a week. Riley began

having accidents in the house. I blamed this on our schedules, the weather and us not paying good enough attention to him. Riley put out frequently whether he wanted to go or not. I then started to notice how much water Riley was drinking and as the accidents randomly continued, I started to limit his water. I know now how wrong those decisions were and hate myself more.

On 2/11, Riley was being especially cuddly and sat still for a few pictures. As a reward, I gave him a whole chicken strip -- another decision that haunts me. I also gave the other two 1 each. Bambi ate hers, but Chloe got distracted and Riley ate hers. I replaced Chloe's treat and we all went to bed. Riley wet the bed in his sleep. I blamed this on me sleeping on my good ear. I have a hearing loss, Riley was my doorbell and alarm clock. Not hearing him ask to go out, I wondered why he didn't move out of the wet spot and why Chloe was laying next to him in it also. I began thinking diabetis or other possible medical reasons. I gave Riley an extra treat out of sympathy for what he must be going through.

On the night of 2/13, I found the list of symptoms from Waggin Train dog treats online I stumbled upon! My heart tore. I had already planed a trip to the vet just to find out what was going on but kidney failure did not occur to me! Riley wet the bed again that night. My husband found the wet spot when he home from working the night shift. This time, I knew Riley never even tried to wake me because I checked on him all night and continually rubbed his head. The urine had no smell and I did not notice the wet spot on the bed, only that he did not move. When I came home from work on 2/14, I saw Riley laying outside in the snow through a window. He always reacted to us coming home and truly lived up to the name Riley at all times. Riley saw me too but never tried to get up. I carried him in the house and we left for the vet ER.

The vet ran blood work and told us Riley was in kidney and liver failure with a very low body temperature. He wanted him on an IV right away and they would need to keep Riley. We kissed he head and left him there so they could hurry to help him. My husband visited Riley on 2/15 morning after work, and there was no improvement and Riley had thrown up during the night. I went to vet after right work around 3:00 pm, held, petted and tried comforting him. Riley tried to be strong for me and his eyes glistened as I talked to him. He tried to get up when I tried to leave for him to be put back on his IV and hopefully eat. I told him to stay and its nap time. He laid his head back down and sighed. The vet called and said Riley died around 6:15 while he was checking on him. I took Chloe and Bambi to see Riley's body hoping it would help some of their confusion.

Chloe doesn't want to come in the house and keeps searching the yard for Riley. She has even began doing very slow victory laps around the fence line trying to find him. Chloe wants her face cleaned and sticks it out for Bambi to do, but Bambi isn't willing. Chloe trembles and acts depressed now. Bambi doesn't want to go out without him. She knew he would notify her of any danger, especially hawks, while she did her business. She is scared to go to the yard without Riley keeping his watch over her. We have a huge hole in our family without him that will never be replaced. Our hearts are breaking and these poisoned 'treats' are still being sold to more innocent victims.

Many dogs have died and more will continue to die. I don't understand how this is being neglected when it has been reported as far back as 2007. Please get this poisoned products off the market.

*Satisfaction Rat*

 Cindy of Jacksonville, AL on Feb. 26, 2012

I purchased a pack of these treats from a CVS in Jacksonville, AL. On February 23, 2012, I gave one (1) chew to my Yorkie & Chihuahua mix dog (both under 10lbs) that evening. Within 24-48 hrs both dogs became ill. The Yorkie has been panting almost continuously and drinking water as though

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

dehydrated since, the Chihuahua mix started whimpering off and on as in pain (2/24), and both dogs have diarrhea (started 2/24).

I mentioned my dogs health to my daughter last night (2/25/12) and she told me there is an ongoing push to recall Waggin Train treats and I need to cease giving them to my dogs. I have been reading articles and consumer complaints about Waggin Train dog treats all morning (2/26) and am appalled that they are still on the market after all the complaints of ill health and death of dogs. I will take them to the vet tomorrow if they are not doing any better and am praying that there will not be any long term health effects or worse, as a result of my lack of knowledge about this product.

I am furious that such a product is still available for consumer purchase without any regard to the animals health, subsequent veterinary expense and/or the owners heartbreak due to the loss of their pet or watching their pet suffer at all from ingesting this product. Let alone the pets that develop long-term health problems as a result of this dog treat. Bar code: 8 07020 99929 7 Lot No: J7CA5345A

*Satisfaction Rat*

 Janice of Philadelphia, PA on Feb. 26, 2012

My dog Sally is in the hospital this weekend fighting for her life due to liver failure. Her prognosis is still unknown. She had been sick for 3 weeks before we finally got her diagnosis of liver disease due to elevated liver enzymes. She was otherwise a happy and very healthy and energetic dog. Her weight dropped 6 lbs in 3 weeks before she was admitted yesterday. She has been eating these treats every day, 3 per day for a 55 lb dog. Not an overdose! I am heartsick to think I was very likely giving her something that was a toxin. I take extremely good care of her.

With all of the complaints that are on the Internet about this product, why isn't someone doing anything? It is highly suspicious that so many dogs are ill and dying who happen to have eaten this product. I complained bitterly to Costco today where I bought this product. They promised they would investigate it through their channels/procedures whatever those are. I told them I would never buy the product again and I would warn anyone in the store I saw buying it. And my vet advised me not to use this "treat."

*Satisfaction Rat*

 Christopher of Haddon heights, nj on Feb. 19, 2012

My dog became very ill, vomiting, diarrhea, blood in the stools. This product still is on the shelves and the company knows the problem. How dare they ignore this nightmare? Never buy a Canyon Creek Ranch!

*Satisfaction Rat*

 Beverly of Painesville, OH on Feb. 16, 2012

On January 26, 2012, our 3 1/2-year-old Beagle mix became deathly ill after consuming Canyon Creek Ranch Duck Tenders. On January 27, 2012, we took her to our vet because of an extremely high fever; she was lethargic, she was drinking a lot of water, she was unable to sleep at night because she had to either drink or pee a lot, she refused to eat, she was shivering, and she was dehydrating.

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

Blood test results revealed elevated liver enzymes, a fever of an unknown origin, and low BUN. Our dog was given 2 antibiotic meds, subcutaneous fluids, and instructions to return or take her to emergency clinic if symptoms worsened. A leptospirosis titer was ordered which later came back negative.

On January 29 at 5:30 am, our dog was vomiting; and we rushed her to the animal emergency clinic where she was placed on IV fluids and meds for 24 hours. More blood tests revealed even higher liver enzymes and all other symptoms were still present. On January 30, 2012 at 10:30 am, her fever spiked again and we were instructed to rush her to Metro Vet Hospital to see an internal medicine specialist. An ultrasound showed an enlarged liver, but all other organs appeared to be normal. There were no blockages or obstructions that would cause the fever.

A remark from the DVM suggested that since no other infectious diseases could be diagnosed, consideration should be given to toxicity from secondary substance. Duck tender treats imported by Canyon Creek Ranch was the only different item my pet was fed. This has to be the cause of her illness. Our dog had to be force fed to get nutrition in her body, so she would begin to heal. She was prescribed 4 different antibiotics, an appetite stimulant, and now Denamarin.

After $2500 in vet bills, our dog is still in recovery. Due to the extremely high cost, a liver biopsy has been postponed. We will return to the IMDVM in approximately 2 weeks to get additional blood tests and determine the next path of treatment. Due to this, my husband and I have lost an enormous amount of sleep and 3 fulls days of work.

A complaint has been filed with Canyon Creek Ranch aka Waggin Train as well as the FDA. The FDA needs to issue a recall on the product, so no more pets get sick and potentially die.

*Satisfaction Rat*

 Helen of OFallon, IL on Feb. 14, 2012

All I know is that I have a dead 6 yr old Bichon Frise. She died Jan 24, 2012. She was throwing up and I took her to the vet and she has jaundice already. Her liver numbers were off the charts. She was hospitalized for 8 days. They did a biopsy on her liver and it was definitely a toxin, maybe aflatoxin. 90% of her liver was gone. It hit her very hard. My vet grew a culture of her gallbladder and it showed E.coli and Staph. She never got anything but her dog food. I never fed her treats or food from the table. But we did visit a friend and she said she gave her a Waggin Train Chicken Jerky. I have a $4,300.00 vet bill and no dog to show for it. I miss my little girl. I am so sorry, Holly.

*Satisfaction Rat*

 cynthia of Diamond Springs , CA on Feb. 10, 2012

My dog could not breathe after eating the treat and now has had major vet bills. His gallbladder is enlarged, liver enzymes high and will not eat. He also started going into jaundice. I have a huge vet bill over this and want these items pulled, and my bills and loss of work compensated.

*Satisfaction Rat*

 Sallie of Apt/Suite; TX on Feb. 9, 2012

After giving my son's dog Waggin Train Chicken Jerky approximately 4 "treats" over a 4-5 day

period, she developed liver failure, was hospitalized for several days, and died yesterday. My son & his girlfriend are devastated, and I feel responsible as I am the one who fed it to her. Please help us get this off the shelves. How many more animals have to die before someone does the right thing?



*Satisfaction Rat*

a.m of cleveland, OH on Feb. 8, 2012

Your product came with a box of dog food I purchased. I gave a couple treats to my three year old and 15 year old dogs. They both became violently ill vomiting, and diarrhea. After that, they became lethargic and would not eat and would not drink. I had to force feed them both and incurred a very costly vet bill after this went on for 2 days. Thank goodness, they both recovered; however, my older dog who had no health problems other than arthritis is now displaying signs of kidney failure. I think this is disgusting that your company has a blatant disregard for the lives of our pets. I was shocked to find out other dogs had fallen ill, even died due to this product and this company ought to be ashamed of yourself.



*Satisfaction Rat*

charlotte of knoxville tenn, TN on Feb. 7, 2012

About a year and a half ago, I begged Wal-Mart to pull these jerky treats of the shelves because they made my pugs deathly ill, but no one listened. Well I guess they are now. I told you they were like poison but the FDA would not put a stop to it so I'm not sure what to do but I hope everyone sues this company and that will stop the import from China. These treats were like poison. The news media, FDA or this company would not stop but I tried on my own now maybe someone will listen. Spread the word, not everybody has a computer or takes the paper.



*Satisfaction Rat*

Crystal of Crosby, TX on Jan. 30, 2012

On November 2011, I fed my registered 9 month old, long haired Chihuaua, Brewster 5 Wagging Train chew sticks over a 3 day period. He became lethargic, wouldn't urinate or drink. First vet visit believed he couldn't pass something. He was given him Milk of Magnesia and shot. On 2nd visit, he was in shock and euthanized after body temp dropped with no chance of recovery. Autopsy revealed nothing lodged but interior bruising and swelling of major organs. Vet stated it could have been the treats, but had not received a warning of recall. Since then, the same vet states there are other cases of euthanized over these same treats. I thought I was rewarding my sweet baby by gifting him a special snack.



*Satisfaction Rat*

Alana of Huntsburg, OH on Jan. 24, 2012

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

I fed my dog Waggin Train Chicken Jerky Treats, she trembled all over and threw up. This happened twice, on 2 separate occasions, before I realized it was the Jerky treats. She and my other dog both were suffering with loose stools. This product needs to be recalled.

  Steve of Latrobe, PA on Jan. 20, 2012                    *Satisfaction Rat*

Waggin Train treats were the only brand I fed my dogs, especially the chicken jerky. I lost my 15-year old Shellbie in December 2010. She had developed severe diarrhea, vomiting, and urination. Before we could get her to the emergency vet, which is an hour away, she went into seizures and passed away. My little Annie also got very sick one evening. She also had severe vomiting, diarrhea, was lethargic and I could tell she was very afraid. Got her to the vet in the morning and blood tests revealed high liver enzymes. She seems to be Ok for now but needs to go back for more blood work.

As far as my third dog, Lucy, she has been battling diarrhea, excessive urination and drinking for some time now. They were all fed Waggin Train treats. Since Annie got sick, I started researching and came across the FDA warning about chicken jerky treats. This led me to the Waggin Train site and I put 2 and 2 together. These treats may have caused all of the problems. All these China made treats need to be recalled immediately.

  Raymond of Knoxville, TN on Jan. 20, 2012                    *Satisfaction Rat*

My 7 year old Chow mix was given one and only one of these deadly treats on November 18, 2011. He died on December 1, 2011. This crap needs to be banned and destroyed!

  Rhonda of Independence, LA on Jan. 20, 2012                    *Satisfaction Rat*

We received a bag of these treats inside of a large bag of Purina Dog Chow purchased at Walmart in Amite. I would feel differently about these treats if it was only a certain lot of treats, however, it's not. Various bags from across the US are tainted and Waggin Train is all but admitting fault. I have audio of a conversation stating this. You are welcomed to check out our Facebook page, Animal Parents Against Pet Treats Made In China! And also Waggin Trains site for more victims!

  Robin of Pine Bush, NY on Jan. 20, 2012                    *Satisfaction Rat*

Bella was a healthy 2-year-old dog up until the night of 11/13 and14/11 when she began vomiting, having diarrhea, and quivering. She could not keep any food or water down and would vomit it up right away. After 2 days of trying to eat, she then refused all food on Wednesday. She kept trying to drink but could not keep water down either.

I brought her to my vet on the morning of 11/17/11 where she was immediately put on IV fluids and blood work was taken. The blood work showed that she had kidney failure, which cause unknown,

and her white blood count was over 50,000, indicating infection. I visited with her on Saturday, 11/19/11. When I returned home from my visit with her, in my email was the article that the FDA had reissued its warning from 2007 on 11/18/11 regarding the chicken jerky treats stating that it can cause illness and death in dogs (all the symptoms of what Bella had, including kidney failure), but at that point it was too late.

She was given these chicken jerky treats from Saturday, 11/12/11 through Sunday, 11/13/11 when the vomiting started during that night. I immediately called the vets office, but it was closed and left a message. On Sunday, I was not able to visit with her since the vet's office was closed and I was unable to get an update on her condition.

Later on that night at around 10:00pm, the vet called me to let me know that Bella had taken a turn for the worse and she had started to bleed internally. He was going to be putting her on another medication to see if that would help. On Monday, 11/21/11, at about 8:30 am, I called for an update on her condition and what time I could go and visit with her. At that time, I was told that she had passed and that she had never responded to any treatment.

Waggin Train chicken jerky was the only thing that could have poisoned her, for she was never left unattended to get into anything that could have poisoned her. My home is baby/pet-proof, and when she is outside, someone was always with her.

*Satisfaction Rat*

 Sandra of Ft. Wayne, IN on Jan. 20, 2012

Our four-year old German Shepherd has started getting sick after eating the chicken jerky treats and possibly the duck treats. I, after hearing something on the new tonight, will stop using the Wagon Train products. I am so lucky and I am sorry the losses I have read about on this site. The packaging is misleading as it shows a US location on the right and on the left side of the package it shows made in China.

*Satisfaction Rat*

 Paige of Belews Creek, NC on Jan. 15, 2012

My dearly beloved best friend of six years died five days after eating some of these treats. She loved them and I betrayed her by poisoning her with treats from a thoughtless company. I will inform all my pet owner friends to never buy your treats for their pets.

*Satisfaction Rat*

 MaryAnn of Painesville, OH on Jan. 15, 2012

I purchased the Waggin' Train Chicken sticks in November of 2011. They were too hard for our 16-year old Pekingese to chew, so only our six and a half year old Yorkie ate them. I only broke off small pieces for him, never a whole treat at once. Two days after Thanksgiving, he suddenly became ill. I took him to the vet immediately. His blood work showed his kidneys were failing and he was still vomiting, and was in terrible pain. For a week, he was on an IV at the vet's clinic. I also took him to another hospital for an ultrasound because my vet isn't equipped. It took a day to realize what made him sick because it was the only thing he ate that our other dog hadn't. I asked my vet to check the

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

product but they couldn't find a recall.

*Satisfaction Rat*

 Rachel of San Pedro, CA on Jan. 9, 2012

Both of my 13-year old healthy Alaskan malamute/husky mix suddenly developed lethargy, vomiting, loss of appetite, weight loss over 2 weeks. The female's BUN/Cr (kidney function tests) were sky high, the male's were moderately but seriously elevated. I racked my brain if they had eaten poison or had leptospirosis. Then I read online about the Waggin Train chicken treats and realized I had bought them these one wk before this started happening on 12/1/2011. After $4000 in vet bills, lost work at my new job, ruined holidays and still giving them subcut fluids, antibiotics, antiemetics and appetite stimulants at home, they seem to be recuperating. I am still very worried about chronic kidney issues.

*Satisfaction Rat*

 Teresa of Las Vegas, NV on Jan. 8, 2012

Both of my dog got violently ill after eating 1 each Waggin train country style drumettes. Extreme vomiting and extreme diarrhea! I am furious this is still on the shelves at Wal-mart on Centennial Parkway Las Vegas, Nevada! I am taking them to the hospital right now!

*Satisfaction Rat*

 Kristen of North Port, FL on Jan. 6, 2012

My two boxer dogs and one domestic shore hair cat have been eating the chicken strips for years and more recently the ham strip. They love them and have never had any intestinal or bowel issues with these products. It would be nice if the products were made in the USA as against outsourcing manufacture to China.

*Satisfaction Rat*

 Tami of concord, NC on Jan. 4, 2012

I gave my dogs one Waggin Train ham jerky on Christmas Day night. I thought I'd try a new treat for them. The next morning, I gave them a Milo's Kitchen chicken jerky and my 7-year-old vomited and my 14-year-old had a seizure and never came out of it. I did not realize that both of those products are made in China. It's disgusting that they are still on the shelves getting ready to be sold and given to the next victims. I still can't believe I lost a member of our family over some dog treat made in China.

*Satisfaction Rat*

Janet of Warsaw, IN on Dec. 29, 2011

My two Shih Tzu's suffered extreme diarrhea, was very lethargic, and wouldn't eat or drink. An extensive and costly visit to the vet uncovered E. coli in both dogs. The E. coli was traced back to

Waggin' Train's Chicken Tenders purchased at Walmart in Warsaw, Indiana. The store was notified of the E. coli, but they did not remove the product from their shelves. My loved pooches survived this brutal illness but only because of our experienced veterinarian and God's grace. When I learned the product was produced in China, I was mortified. China does not respect animals as (most) Americans do. We love our dogs and cats; some countries eat them. Why would anyone trust China to make a quality dog treat? Can you say greed?

My babes were very ill for one week with lasting "poo-poo" issues for much longer. Obviously, the chicken tenders were thrown out. After much research by my husband, we found dog treats made in America. Our dogs are doing fine now and seem to enjoy the taste and texture of their new treats. After reading other related stories about these Waggin' Train products, I feel so blessed that our two dogs made a full recovery and the $250.00 we spent in vet bills pales in comparison to others who have had to spend thousands only to suffer the pain of losing their pet.

*Satisfaction Rat*

 Melanie of Coto De Caza, CA on Dec. 14, 2011

I gave my dogs a Waggin Train Prime Cutlets Chicken treat. I then went shopping and returned to find my Pug mix, out in the backyard digging a hole in the dirt near a tree. I thought nothing of this but later on that night (3 AM), she had a blood discharge from her rear end. She then became very lethargic, and started to get cold. I immediately drove her to my vet but she died on the way. I left her with my vet who was going to perform a necropsy on her. I got home at four in the afternoon, and my Whippet mix was squirting out blood from his rear end. I immediately ran him into the local vet's office, where they thought he had eaten rat poison (not possible as I have none on the property). He was given a vitamin K-1 injection, Cerenia injection, and put on an IV.

After an hour I brought him home and continued administering IV sub cue injections all night. The next morning, both vets called me, and said that the dogs had suffered HGE, which is a bacteria commonly caused by food. I of course promptly realized that the only different food that I had given them were these treats. After administering a whole bag of Lactated Ringers, and starting him on Clavamox tablets, the Whippet bounced back by the afternoon. However, the next day my Terrier mix started squirting blood from her rear end. She went down hill very quickly, and would not walk. I immediately started her on the IV and Clavamox and called my vet who said to bring her in, if I saw no improvement that night. I stayed up all night sub cuing her with the IV, and holding her next to me. The next morning she bounced back, and by the afternoon there was no more blood.

Due to these treats I lost a very special dog, and almost lost two others. These treats should be recalled and destroyed! The treats came from China, and were distributed out of Anderson, South Carolina (code #07020 77835. Lot #CA756).

*Satisfaction Rat*

 Holly of Nixa, MO on Nov. 29, 2011

My best friend, Yorkiepoo was found dead after eating Waggin Train treats. Unlike some of these consumers, they were not the chicken variety. She had eaten the beef and duck. Our vet has had over 100 dogs with symptoms and many of them have died. Wal-Mart still has the products on the shelves.

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

*Satisfaction Rat*

 Ken of Spring Grove, IL on Nov. 29, 2011

Our 9 month old Pug ate some of these. Just out of the blue, the peppy pug became lethargic and was vomiting and having diarrhea. We thought he had a bug, so gave him a day to see if he got better. He got worse, so we took him to the vet. The vet bills came to over a thousand dollars. He had to stay for almost a week hooked up to an IV. The vet did not know if he would make it, but luckily he is back to his normal self, still with 'softer' stools weeks later. After reading this, we have thrown out all of our Waggin Treats! Please, if your dog becomes lethargic out of the blue after eating these, do not wait! Get him to the vet ASAP!

*Satisfaction Rat*

 Michael of asheville, NC on Nov. 23, 2011

I was giving my Anatolian Shepherd the Chicken Jerky treats sold by Waggin Train. Unfortunately, that led to the death of a 4-year-old previously healthy therapy dog. We dealt with two weeks of misery as Molley went through a dialysis type treatment to try to clear the junk out of her kidneys. A cheap bag of dog treats cost my dog her life and although an american company, the treats are produced in China.

My dog died and I incurred significant vet bills.

*Satisfaction Rat*

 Chuck of Hagerstown, MD on Nov. 21, 2011

My dog, Jake, a Gordon Setter, has been eating these treats for over a year. I have to wonder if his recent weight loss and lethargic demeanor is due to these treats. I also have to wonder why Wal-Mart continues to sell this product when the complaints and concerns go back years! Thank you, Wal-Mart, for your concern!

*Satisfaction Rat*

 carol of Stockton, CA on Oct. 10, 2011

About two months ago my small dog became ill with vomiting and severe diarrhea. I took her to the vet and he give her antibiotics. She began to feel better, but is now vomiting and having diarrhea again, and my other dog is showing sign of very soft stools.

I went on the computer and found the Waggin Train Chicken Jerky Tenders has been shown to produce these symptoms. I will not give my dogs any more of these and the doctor said to give my dog Pepto-Bismol for the symptoms and hopefully she will recover.

*Satisfaction Rat*

 Micki of Beaumont, TX on July 31, 2011

A few months ago, I bought Waggin Train Big Blast Pork Skin Twists with Chicken Liver Content. My

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

Lhasa Apso untwisted the twist and caught one end over a tooth and the other end was down in his throat. If he had not come to me and kept staring at me, I would not have known that he could do nothing with the twist. He would have eventually choked to death. I took the package back to Walgreens, showing the one that was untwisted and told them they should take them off their shelf. I just wrote a separate message to Waggin Train asking if they are still making this product. They should not because dogs can choke to death on it. Please let me know and let others know not to use this treat.

 cindy of Ford City, PA on Dec. 4, 2010

I recently left my dog in the care of my neighbor, who has dogs of her own and is very responsible. When I returned from my vacation, my dog was suffering from severe diarrhea. A couple of days later, my dog sitter called and said one of her dogs was suffering the same symptoms as my dog. The only connection between the two dogs was the Waggin Train chicken dog treats that my sitter had given both dogs.

I believe the treats are what is making both dogs sick, as neither has yet to recover and it's been a week now. I see that other people have had problems with these treats and am sickened by the thought that I may lose a close companion of over 14 years. My dog sitter has an appointment with her vet and we'll see what he says we should do. Thank you.

 Timothy of Glenhaven, CA on Sept. 8, 2009

In February of 2009 our dog Jakey had been eating Waggin Train chicken jerky treats. No need to worry the package says 97% fat free, no preservatives and all natural. He began to vomit blood and his bowels were also bloody. I rushed him to the vets at 2:00 A.M. and they immediately put him on IV and antibiotics. He pulledd through after 3 days there.

In March he started to have stomach problems, and the vets contributed it to colotis. Which I thought was kind of a far fetched idea. He never had stomach problems before eating these treats. April same thing again, stomach problems, but this time he was having trouble walking up the steps, would not eat food and drank alot of water. Still I continued to give him pepcid for his stomach as directed by the vet.

May same problem (stomach) and they May 29 the unbearable happened. We rushed him to the vets and he had a temp of 103. Was very listless, and not responding. He later that evening had seizures became unconcious and never woke up. I can now say that I am 99% sure that these chicken jerky treats were the cause of his death.

Why isn't someone doing something about this problem. He is not the only one that has died. And will not be the last unless something is done to stop China from processing these treats with arsenic. If this was humans that were dying these items would be pulled off of the shelves immediately. Please make people aware of the potential hazards of these treats. They are not safe. There is a website called laciessite.org that will further explain what I am talking about. By the way our dog was 5 years old.

Consumer complaints about Waggin Train Treats                    http://www.consumeraffairs.com/pets/waggin_train.html

 Brenda of Harrisburg, PA on June 11, 2009

In February of 2009, our dog Jakey had been eating Waggin Train chicken jerky treats. No need to worry, the package says 97% fat-free, no preservatives and all natural. He began to vomit blood and his bowels were also bloody. I rushed him to the vets at 2:00AM and they immediately put him on IV and antibiotics. He pulled through after 3 days there. In March, he started to have stomach problems and the vets contributed it to colitis, which I thought was kind of a farfetched idea. He never had stomach problems before eating these treats. April, same thing again: Stomach problems, but this time, he was having trouble walking up the steps, would not eat food and drank a lot of water. Still, I continued to give him pepcid for his stomach as directed by the vet.

May, same problem (stomach) and then May 29, the unbearable happened. We rushed him to the vets and he had a temp of 103, was very listless and not responding. He later that evening had seizures, became unconscious and never woke up. I can now say that I am 99% sure that these chicken jerky treats were the cause of his death. Why isn't someone doing something about this problem? He is not the only one that has died and will not be the last unless something is done to stop China from processing these treats with arsenic. If these were humans that were dying, these items would be pulled off of the shelves immediately. Please make people aware of the potential hazards of these treats. They are not safe. There is a website called Laciessite.org that will further explain what I am talking about. By the way, our dog was 5 years old.

## Basic Information

Company Name:    Waggin Train Treats

---

## Terms of Use

Your use of this site constitutes acceptance of the Terms of Use (http://www.consumeraffairs.com/about/terms_of_use.html)

Advertisements on this site are placed and controlled by outside advertising networks. ConsumerAffairs.com does not evaluate or endorse the products and services advertised. See the FAQ (http://www.consumeraffairs.com/consumerism/faq.html) for more information.

Company Response Welcome If complaints about your company appear on our site, we welcome your response (/brands/). Alternatively, you can call us at 1-800-351-3140.

For more information, see about us (http://www.consumeraffairs.com/about/), FAQ (http://www.consumeraffairs.com/consumerism/faq.html) and privacy policy (http://www.consumeraffairs.com/privacy_policy.html). The information on this Web site is general in nature and is not intended as a substitute for competent legal advice. ConsumerAffairs.com makes no representation as to the accuracy of the information herein provided and assumes no liability for any damages or loss arising from the use thereof.

Sentiment Analysis powered by Netbase

Copyright © 2012 ConsumerAffairs.com. All Rights Reserved. The contents of this site may not be republished, reprinted, rewritten or recirculated without written permission.

Consumer complaints about Waggin Train Treats

http://www.consumeraffairs.com/pets/waggin_train.html

(http://www.quantcast.com/p-e79SlQ:dvVHvzo)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 41 DOC (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [✓] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| Plaintiff Jennifer Holt | GLOBALINX PET LLC and GLOBALINX CORPORATION (both dba Kingdom Pets), and DOES 1-10 |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Khorrami, LLP , 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071 (213) 596-6000;  Edelman Combs Latturner & Goodwin LLC, 120 S. LaSalle Street, Suite 1800,  Chicago, Illinois 60603 | Shawn Khorrami, Esq. SBN 180411 , Daniel A. Edelman and Thomas E. Soule Edelman Combs Latturner & Goodwin LLC |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No     ☑ **MONEY DEMANDED IN COMPLAINT: $** in excess of $5 million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
Fed.R.Civ.P. 23 -Violation of implied express warranties, Fraud, Unjust enrichment, Negligence, Strict products liability (defect and failure to warn)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☑ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

SACV13-0041

**FOR OFFICE USE ONLY:**   Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Texas |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Orange County, and the state of Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Each claim arose in the Holt claim Texas. Class member claims are anticipated to have occurred in various counties in California including Los Angeles and Orange counties. |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 9, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:  SHAWN KHORRAMI
skhorrami@khorrami.com
KHORRAMI LLP, 444 South Flower Street, 33rd
Floor, Los Angeles CA 90071, (213) 596-6000
(213) 596-6010 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER HOLT, individually and on behalf of all others similarly situated | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SACV13-0041 DOC (JPRx) |
| GLOBALINX PET LLC and GLOBALINX CORPORATION (both doing business as Kingdom Pets), and DOES 1-10, | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, KHORRAMI LLP _____, whose address is 444 South Flower Street, 33rd Floor, Los Angeles CA 90071 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    JAN  1 0 2013

By: ____ **JULIE PRADO** _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*