GREEN & HALL, A Professional Corporation
ROBERT L. GREEN, State Bar No. 122063
  rlgreen@greenhall.com
LAWRENCE J. LUPPI, State Bar No. 272211
  lluppi@greenhall.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for GLOBALINX PET LLC
and GLOBALINX CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER HOLT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBALINX PET LLC and GLOBALINX CORPORATION (both doing business as Kingdom Pets), and DOES 1-10,<br><br>Defendants. | CASE NO. SACV13-0041 DOB (JPRx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>JUDGE: Hon. David O. Carter<br>TRIAL DATE: September 30, 2014 |

1  Counsel for Plaintiff Jennifer Holt and counsel for Defendants Globalinx Pet
2  LLC and Globalinx Corporation (jointly, the "Parties") hereby submit the following
3  Joint Notice of Settlement. The Parties have reached a settlement and they
4  anticipate that it will take thirty (30) days to finalize all appropriate settlement
5  documents.

7  DATED: April 14, 2014         EDELMAN COMBS LATTURNER &
                                  GOODWIN LLC

10                                By: /s/ Thomas E. Soule
11                                    Thomas Soule
                                      Attorneys for Plaintiff JENNIFER HOLT

14  DATED: April 14, 2014         GREEN & HALL, A Professional Corporation

17                                By: /s/ Lawrence J. Luppi
18                                    Robert L. Green
                                      Lawrence J. Luppi
19                                Attorneys for GLOBALINX PET LLC and
20                                GLOBALINX CORPORATION

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record, this 14th day of April, 2014:

| | |
|---|---|
| Shawn Khorrami, Esq.<br>Bevon Allen, Esq.<br>Khorrami, LLP<br>444 South Flower Street, 33rd Floor<br>Los Angeles, CA 90071<br>(213) 596-6000; Fax: (213) 596-6010<br>skhorrami@khorrami.com<br>Attorneys for Plaintiff | Daniel A. Edelman, Esq.<br>Thomas E. Soule, Esq.<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603<br>(312) 739-4200; Fax: (312) 419-0379<br>dedelman@edcombs.com<br>tsoule@edcombs.com<br>Attorneys for Plaintiff |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of April, 2014, at Santa Ana, California.

/s/ Robert L. Green, Esq.
Robert L. Green, Esq.