SHAWN KHORRAMI (SBN 180411)
skhorrami@khorrami.com
BEVIN ALLEN (SBN 221936)
ballen@khorrami.com
KHORRAMI LLP
444 South Flower Street, 33rd Floor
Los Angeles CA 90071
(213) 596-6000
(213) 596-6010 (fax)

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
THOMAS E. SOULE (Ill. 6281239)
tsoule@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)
*Attorneys for plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER HOLT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GLOBALINX PET LLC and GLOBALINX CORPORATION (both doing business as Kingdom Pets), and DOES 1-10,<br><br>Defendants. | No. 8:13CV41 DOC (JPRx)<br><br>STIPULATION OF DISMISSAL<br><br><br><br><br><br><br><br><br><br>Complaint Filed: January 10, 2013 |

The parties, having conferred and agreed, now STIPULATE to the dismissal of this action, with prejudice as to the claims of Jennifer Holt, without prejudice as to claims of putative class members, and without costs, all pursuant to Fed.R.Civ.P. 41(a).

In light of this stipulation, the parties respectfully request the entry of any appropriate order.

DATED: May 20, 2014

/s/ Thomas E. Soule
Thomas E. Soule
Edelman Combs Latturner & Goodwin LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)
tsoule@edcombs.com

*Attorneys for plaintiff*

/s/ Robert L. Green
Robert L. Green
Green & Hall APC
1851 East First Street, 10th Floor
Santa Ana, California 92705
(714) 918-7000
(714) 918-6996 (fax)
rlgreen@greenhall.com

*Attorneys for defendants*

**PROOF OF SERVICE**

The preceding document was filed on May 20, 2014 and electronically served upon Robert Green (rlgreen@greenhall.com) by operation of the Court's electronic filing system, on the same date.

/s/ Thomas E. Soule
Thomas E. Soule